# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

JEFFERY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,

   Plaintiff

vs.

EVERYTHING HEALTH INVESTMENTS, LLC

   Defendant.

Case No. 4:25-cv-00527-FJG

## SCHEDULING AND TRIAL ORDER
## JURY TRIAL

  Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and upon consideration of the parties' views in the matter, the following schedule is hereby established:

**I. DISCOVERY PLAN AND SCHEDULING DEADLINES**

| Discovery Plan and Scheduling | Guidelines | Deadlines |
|---|---|---|
| Joinder of Parties | 30 days before discovery deadline | December 1, 2025 |
| Amendment of Pleadings | 30 days before discovery deadline | December 1, 2025 |
| Plaintiff Expert Designation | 60 days before discovery deadline | April 17, 2026 |
| Defendant Expert Designation | 30 days after Plaintiff Expert deadline | May 18, 2026 |
| Rebuttal Expert Designation | 14 days before discovery deadline | June 1, 2026 |
| Discovery Dispute Motions | At least 14 days before discovery deadline | June 1, 2026 |
| Completion of Discovery (both fact and expert discovery) | 180 days from this proposed order (Local Rule 26.1(c)2) | July 18, 2026 |
| Dispositive Motions and Motion for Class Certification | 30 days after discovery deadline | August 17, 2026 |

## II. COURT CONFERENCES AND TRIAL DATE

| Court Setting | Guidelines | Date | Time |
|---|---|---|---|
| Court Status Conference Date | 30 days before discovery deadline | TBD | TBD |
| Initial Pretrial Conference Date | 30 days before trial | TBD | TBD |
| Final Pretrial Conference Date | Thursday or Friday before trial | TBD | TBD |
| Trial Date | 150 days from dispositive motion deadline | TBD | 8:30 a.m. |

## III. PRETRIAL AND TRIAL FILING DEADLINES

| Pretrial and Trial Documents | Deadlines |
|---|---|
| Motions in Limine | 14 days prior to initial pretrial conference |
| Responses to Motions in Limine | 7 days prior to initial pretrial conference |
| Deposition Designations | 14 days prior to initial pretrial conference (Fed. R. Civ. P. 26(a)(3)) |
| Objections to Deposition Designations | 10 days prior to initial pretrial conference |
| Cross-Exam Deposition Designations | 10 days prior to initial pretrial conference |
| Objections to Cross-Exam Deposition Designations | 7 days prior to initial pretrial conference |
| Stipulation of Uncontroverted Facts | 3 days prior to initial pretrial conference (Local Rule 40.1) |
| Stipulation of Admissibility of Evidence | 3 days prior to initial pretrial conference |
| Witness List | 3 days prior to initial pretrial conference (Fed. R. Civ. P. 26(a)(3)) |
| Exhibit List | 3 days prior to initial pretrial conference (Fed. R. Civ. P. 26(a)(3)) |
| Jury Instructions (if jury trial) | 14 days prior to trial (Local Rule 40.1 and 51.1) |
| Trial Briefs | 5 days prior to trial (Fed. R. Civ. P. 26(a)(3)) |
| Voir Dire (if jury trial) | 5 days prior to trial (Fed. R. Civ. P. 26(a)(3)) |

## IV. RESPONSES TO COURT'S ORDER

1. **TRIAL**. The parties have requested a jury trial. If a class action is certified, the Plaintiff anticipates that trial will take 5 days. *See* Local Rule 16.1(f)(5).

2. **ESI.** The parties agree to produce electronically stored information in a searchable PDF format, to the extent possible, and for all calling data to be produced in its native form. The parties consent to the electronic service of discovery.

RESPECTFULLY SUBMITTED AND DATED this October 22, 2025.

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiff and the Proposed Class*

HINSHAW & CULBERTSON, LLP
By: */s/ James M. Brodzik*
James M. Brodzik, #66700
Joshua C. Hinkle, #72845
701 Market Street, Suite 260
St. Louis, MO 63101
P: 314-241-2600
F: 314-241-7428
jbrodzik@hinshawlaw.com
jhinkle@hinshawlaw.com
Attorneys for Defendant EVERYTHING HEALTH INVESTMENTS, LLC