IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

JEFFERY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,

        Plaintiff

vs.

EVERYTHING HEALTH INVESTMENTS, LLC

        Defendant.

Case No. 4:25-cv-00527-FJG

## DESIGNATION OF NEUTRAL

In accordance with the Notice of Inclusion, MAP General Order, and any applicable guidelines, the parties file their Designation of Neutral as follows while nothing that the MAP Director extended the ADR deadline:

NEUTRAL'S NAME: <u>Hon. Jay A. Daugherty</u>

    _____ Not on List
*(This should be marked with an "X" only if the person is not on Court's List of Neutrals but was approved by the MAP Director)*

SESSION TYPE: ___X___ Mediation _____ ADR-O

SESSION DATE AND TIME: <u>February 11, 2026 at 9:00 AM</u>

SESSION LOCATION: <u>Virtual via Zoom</u>

MODE OF SESSION: In person: _____ Virtual: ____X__ Hybrid _____

RESPECTFULLY SUBMITTED AND DATED this October 29, 2025.

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiff and the Proposed Class*

HINSHAW & CULBERTSON, LLP
By: */s/ James M. Brodzik*
James M. Brodzik, #66700
Joshua C. Hinkle, #72845
701 Market Street, Suite 260
St. Louis, MO 63101
P: 314-241-2600
F: 314-241-7428
jbrodzik@hinshawlaw.com
jhinkle@hinshawlaw.com
Attorneys for Defendant EVERYTHING HEALTH INVESTMENTS, LLC