IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JEFFREY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>EVERYTHING HEALTH INVESTMENTS, LLC,<br><br>      Defendant. | Case No: 4:25-cv-00527 |

## CERTIFICATE OF SERVICE

COMES NOW Defendant EVERYTHING HEALTH INVESTMENTS, LLC, by and through their undersigned counsel, Hinshaw & Culbertson LLP and James M. Brodzik, and certifies Defendant's Answers and Responses to Plaintiff's First Set of Discvery, and bates labeled documents were forwarded on this 17th day of December, 2025, via our firm's secure file transfer site, Litera to M. Cory Nelson at mcorynelson@mcnlawllc.com.

Respectfully submitted,

**HINSHAW & CULBERTSON, LLP**

By: */s/ James M. Brodzik*
James M. Brodzik, #66700
701 Market Street, Suite 260
St. Louis, MO 63101
P: 314-241-2600
F: 314-241-7428
jbrodzik@hinshawlaw.com

Attorneys for Defendant
EVERYTHING HEALTH INVESTMENTS, LLC

1

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices, on this 17th day of December, 2025.

M. Cory Nelson, MO # 63357
MCN Law LLC
8600 W. 110th Street, Suite 214
Overland Park, KS 66210
mcorynelson@mcnlawllc.com
Tel: 913-358-5800

*Counsel for Plaintiff*

            */s /James M. Brodzik*