UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **JEFFREY BLUBAUGH**, Individually and on behalf of all persons and entities similarly situated, Plaintiffs, <br><br> v. <br><br> **EVERYTHING HEALTH INVESTMENTS, LLC**, Defendant. | 25-CV-00527-FJG |

## ORDER

Pending before the Court are the parties' various discovery disputes, submitted to the Court via email in January 2026. The Court believes a teleconference is unnecessary and resolves the issues as discussed below.

I. **BACKGROUND**

Jeffrey Blubaugh ("Plaintiff") brought this class action on July 10, 2025, alleging violations of the Telephone Consumer Protection Act of 1991. Pub. L. No. 102-243, 105 Stat. 1394 (1991) (codified at 47 U.S.C. § 227). This law was a response to the rising number of calls received by telemarketers, seeking balance between the privacy rights of individuals and commercial activities. *Id.*

Plaintiff alleges that Everything Health Investments, LLC ("Defendant") "…sent telemarketing calls promoting goods and services, including calls using pre-recorded messages and calls to numbers that were on the National Do Not Call Registry…" (Doc. No. 1 at 2). Plaintiff brings this action on behalf of a proposed nationwide class of people who were sent the same illegal telemarketing calls pursuant to Federal Rule of Civil

Procedure 23(b)(2) "and/or" 23(b)(3). Plaintiff seeks injunctive relief and monetary damages.

## II. PLAINTIFF'S DISCOVERY DISPUTE

On January 27, Plaintiff emailed the chambers, notifying them that a discovery dispute had arisen between the parties. Plaintiff then provided the details of the dispute. Defendant emailed a response to the issues on February 2. Defendant claims that Plaintiff has signed consents in which he agreed to be contacted and that these consents are a complete bar to relief.

If Defendant believes this is the case, the Court invites Defendant to file a dispositive motion rather than engaging in a discovery dispute. Defendant is **ORDERED** to file this motion on or before **March 11, 2026**. If Defendant fails to do so, the Court will consider the merits of Plaintiff's discovery dispute.

**IT IS SO ORDERED.**

Date: February 12, 2026　　　　　　　　　　**S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri　　　　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge