JEFFREY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,

        Plaintiffs,

vs.

EVERYTHING HEALTH INVESTMENTS, LLC,

        Defendant.

Case No: 4:25-cv-00527

## DECLARATION OF ERIC BERNSTEIN IN SUPPORT OF COMBINED MOTION FOR SUMMARY JUDGMENT AND SUGGESTIONS IN SUPPORT, OR IN THE ALTERNATIVE, MOTION TO STRIKE CLASS ALLEGATIONS

I, Eric Bernstein, declare as follows:

1. I am the managing partner of Everything Health Investments, LLC ("Everything Health"). Everything Health is a health insurance distribution platform that provides health insurance products to assist senior citizens.

2. Everything Health engages with third-party vendors to obtain leads for individuals who have expressed interest in Everything Health's products.

3. The leads used are verified as accurate by neutral-third parties which provide lead verification services.

4. I have reviewed the Petition of Jeffrey Blubaugh in the above-captioned matter. Mr. Blubaugh consented to receive communications from Everything Health on multiple occasions including October 10, 2023; March 24, 2024; September 10, 2024; and February 11, 2025.

5. True and accurate copies Mr. Blubaugh's Permissions to Contact ("PTC") are attached hereto as Exhibit A. According to the PTCs, Mr. Blubaugh chose to provide his name,

1

99224\328624244.v1

**EXHIBIT A**

email, address, date of birth, and telephone number, and he consented to marketing communications from Everything Health.

6.      True and accurate screen recordings of the video playbacks of the PTC events provided by the neutral-third parties are attached hereto as Exhibit B, C, and D.

7.      Everything Health does not send wireless spam messages, bulk marketing messages, and/or unauthorized advertisements to individuals.  Instead, Everything Health directs calls regarding healthcare products to individuals who have expressed interest and consented to be contacted.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct and that this Declaration was executed on March 17, 2026 in West Seneca, New York.

DocuSigned by:

_E. B_

F26DC387D3E0482...

_____

Eric Bernstein

2

99224\328624244.v1



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Verisk Marketing Solutions ("VMS"), formerly dba Jornaya, hereunder - including, e.g., the Verisk Marketing Solutions Website, TCPA Guardian, Visual Playback, and the processes used by Verisk Marketing Solutions in providing the service - are the exclusive property of Verisk Marketing Solutions and its licensors. Verisk Marketing Solutions' Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using the service and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Verisk Marketing Solutions' express prior written approval.

# Guardian TCPA Report

**Prepared for Aragon Advertising LLC**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Verisk Marketing Solutions?**

Verisk Marketing Solutions provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Verisk Marketing Solutions' technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Verisk Marketing Solutions' Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Verisk Marketing Solutions does not buy or sell leads; we help to verify what happened at the lead event.

**How does Verisk Marketing Solutions help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center. Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

Case 4:25-cv-00527-SDJ   Document 17-1   Filed 03/19/25   Page 4 of 20    EFH-00002

## Lead Event Information:

| | |
|---|---|
| Universal LeadiD | 470259B5-E004-1B75-0750-FF47575FBFFE |
| Event Date | 03/24/2024 |
| Event Time | 04:09:40 PM EDT |
| IP Address | 70.118.232.83 |

## Disclosure Information:

| | |
|---|---|
| Query Date | 07/23/2025 |
| Query Time | 05:53:22 PM EDT |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING "CONTINUE", I REPRESENT THAT I AM 18+ YEARS OF AGE; I UNDERSTAND THAT THIS SITE IS PRIVATELY OWNED, NOT AFFILIATED WITH, NOR ENDORSED BY ANY GOVERNMENT AGENCY, I AGREE THAT THE PERSONAL INFORMATION PROVIDED MAY BE SHARED WITH THIRD PARTIES FOR OTHER MARKETING PURPOSES, AND AGREE TO THE PRIVACY POLICY AND TERMS AND CONDITIONS AND AGREE TO RECEIVE EMAIL MARKETING FROM HIGHERINCOMEJOBS.COM AND ITS MARKETING PARTNERS. SKIP HERE |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING I AGREE & CONTINUE, I CERTIFY I ENTERED MY OWN INFORMATION & I AGREE TO THE PRIVACY POLICY AND TERMS (WITH ARBITRATION AGREEMENT). I ALSO CONSENT TO YOUR AGENTS, MARKETING PARTNERS, MEDIGAP LIFE CONTACTING ME WITH MARKETING CALLS OR TEXTS AT THE PHONE NUMBER I PROVIDED REGARDLESS OF MY STATUS ON STATE OR FEDERAL DO NOT CALL LISTS, INCLUDING USING AN AUTODIALER (MSG & DATA RATES APPLY). I UNDERSTAND THESE CALLS OR TEXTS MAY INCLUDE ADS FOR SERVICES SUCH AS MEDICARE ADVANTAGE PRODUCTS. CONSENT ISN'T REQUIRED. |
| Labeled TCPA Disclosure Statement captured at the lead event: | NO LABEL TEXT FOUND |

CONFIDENTIAL & PROPRIETARY INFORMATION FOR INTERNAL PURPOSES ONLY. LIMITED DISTRIBUTION OR INTENDED RECIPIENTS ONLY.

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING "YES", I PROVIDE MY EXPRESS WRITTEN CONSENT VIA CHAT/WEBFORM INTERACTION FOR A LICENSED SALES AGENT ASSOCIATED WITH ALLIED INSURANCE, VINCENT CORTAZAR/MEDIGAP LIFE, 100INSURE, GO HEALTH, LLC, HEALTHPLANONE, LLC, CLEARMATCH MEDICARE, MEDICARE SOLUTIONS TO CONTACT ME AT THE NUMBER I PROVIDED, EVEN IF THE PHONE NUMBER IS ON THE NATIONAL DO NOT CALL REGISTRY, REGARDING PRODUCTS OR SERVICES, INCLUDING MEDICARE SUPPLEMENT, MEDICARE ADVANTAGE, PRESCRIPTION DRUG INSURANCE PLANS, AND OTHER HEALTH-RELATED SERVICES VIA LIVE, AUTOMATED DIALING SYSTEM TELEPHONE CALL, TEXT, OR EMAIL. I UNDERSTAND THIS REQUEST IS INITIATED BY ME AND THIS IS AN UNSCHEDULED CONTACT REQUEST. I UNDERSTAND MY TELEPHONE COMPANY MAY IMPOSE CHARGES FOR THESE CONTACTS AND AM NOT REQUIRED TO ENTER INTO THIS AGREEMENT AS A CONDITION OF ANY PURCHASE OR SERVICE. I FURTHER UNDERSTAND THIS REQUEST, INITIATED BY ME, IS MY AFFIRMATIVE CONSENT TO BE CONTACTED WHICH IS IN COMPLIANCE WITH ALL FEDERAL AND STATE TELEMARKETING AND DO-NOT-CALL LAWS. LICENSED SALES AGENTS AREN'T CONNECTED WITH OR ENDORSED BY THE U.S. GOVERNMENT OR THE FEDERAL MEDICARE PROGRAM. I AGREE TO THE PRIVACY POLICY AND TERMS. THIS IS A SOLICITATION FOR INSURANCE. PARTICIPATING SALES AGENCIES REPRESENT MEDICARE ADVANTAGE [HMO, PPO AND PFFS] ORGANIZATIONS AND STAND-ALONE PDP PRESCRIPTION DRUG PLANS THAT ARE CONTRACTED WITH MEDICARE. ENROLLMENT DEPENDS ON THE PLAN'S CONTRACT RENEWAL. ENROLLMENT IN THE DESCRIBED PLAN TYPE MAY BE LIMITED TO CERTAIN TIMES OF THE YEAR UNLESS YOU QUALIFY FOR A SPECIAL ENROLLMENT PERIOD. NO OBLIGATION TO ENROLL. SCOPE OF APPOINTMENT - BY CLICKING "YES" YOU ALSO AGREE TO ALLOW ALLIED INSURANCE, VINCENT CORTAZAR/MEDIGAP LIFE, 100INSURE, GO HEALTH, LLC TO DISCUSS MEDICARE SUPPLEMENT, MEDICARE ADVANTAGE, AND STAND-ALONE PRESCRIPTION DRUG PLANS AVAILABLE IN YOUR AREA, 48 HOURS FROM OBTAINING THE SCOPE OF APPOINTMENT. YOU ARE NOT OBLIGATED TO ENROLL IN A PLAN AND AGREEING TO THIS DOES NOT AFFECT YOUR CURRENT ENROLLMENT NOR WILL IT ENROLL YOU IN A MEDICARE PLAN. YOU ALSO AGREE AND UNDERSTAND THAT YOU MAY BE ASSISTED BY AN AFFILIATED AGENT AND/OR AGENCY OF ALLIED INSURANCE, VINCENT CORTAZAR/MEDIGAP LIFE, 100INSURE, GO HEALTH, LLC. EFFECTIVE DATE: 3/24/2024 SMID MULTI-PLAN_JM0XZQDI2024_C |

**Visual Playback Link:**

https://vp.leadid.com/playback/470259B5-E004-1B75-0750-FF47575FBFFE/1753307602.1674?key=1711310995736

CONFIDENTIAL & PROPRIETARY
INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY.



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Verisk Marketing Solutions ("VMS"), formerly dba Jornaya, hereunder - including, e.g., the Verisk Marketing Solutions Website, TCPA Guardian, Visual Playback, and the processes used by Verisk Marketing Solutions in providing the service - are the exclusive property of Verisk Marketing Solutions and its licensors. Verisk Marketing Solutions' Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using the service and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Verisk Marketing Solutions' express prior written approval.

# Guardian TCPA Report

**Prepared for Aragon Advertising LLC**

## What is a lead?

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

## Who is Verisk Marketing Solutions?

Verisk Marketing Solutions provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Verisk Marketing Solutions' technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Verisk Marketing Solutions' Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Verisk Marketing Solutions does not buy or sell leads; we help to verify what happened at the lead event.

## How does Verisk Marketing Solutions help keep companies TCPA Compliant?

As a neutral, 3rd party witness to the events that take place on the website or a call center. Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

Case 4:25-cv-00527-SDJ Document 15-1 Filed 03/18/25 Page 9 of 20 EH-00007

## Lead Event Information:

| | |
|---|---|
| Universal LeadiD | AF8A4726-F20F-73B5-D119-3FFE98185760 |
| Event Date | 10/10/2023 |
| Event Time | 03:03:27 PM EDT |
| IP Address | 174.250.192.19 |

## Disclosure Information:

| | |
|---|---|
| Query Date | 10/10/2023 |
| Query Time | 03:07:11 PM EDT |
| Labeled TCPA Disclosure Statement captured at the lead event: | I AGREE TO & UNDERSTAND THE DATA POLICIES THAT GOVERN THIS SITE, HOW MY DATA IS USED, DISCLOSED AND SHARED & WHAT I GET AS A USER |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY SUBMITTING THIS FORM I AGREE TO THE PRIVACY POLICIES, TERMS & CONDITIONS AND DATA COLLECTION PRACTICES OF ONLYGREATJOBS.COM & THEIR MARKETING PARTNERS AND AGREE TO RECEIVE EMAIL FROM THEM. SKIP HERE |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING I AGREE & CONTINUE, I CERTIFY I ENTERED MY OWN INFORMATION & I AGREE TO THE PRIVACY POLICY AND TERMS (WITH ARBITRATION AGREEMENT). I ALSO CONSENT TO YOUR AGENTS, MARKETING PARTNERS, MEDIGAP LIFE CONTACTING ME WITH MARKETING CALLS OR TEXTS AT THE PHONE NUMBER I PROVIDED REGARDLESS OF MY STATUS ON STATE OR FEDERAL DO NOT CALL LISTS, INCLUDING USING AN AUTODIALER (MSG & DATA RATES APPLY). I UNDERSTAND THESE CALLS OR TEXTS MAY INCLUDE ADS FOR SERVICES SUCH AS MEDICARE ADVANTAGE PRODUCTS. CONSENT ISN'T REQUIRED. SKIP HERE |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING "CONTINUE", I REPRESENT THAT I AM 18+ YEARS OF AGE; I UNDERSTAND THAT THIS SITE IS PRIVATELY OWNED, NOT AFFILIATED WITH, NOR ENDORSED BY ANY GOVERNMENT AGENCY, I AGREE THAT THE PERSONAL INFORMATION PROVIDED MAY BE SHARED WITH THIRD PARTIES FOR OTHER MARKETING PURPOSES, AND AGREE TO THE PRIVACY POLICY AND TERMS OF USE; AND AGREE TO RECEIVE EMAIL MARKETING FROM ONLYGREATJOBS.COM AND ITS MARKETING PARTNERS |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION OR UNINTENDED USE PROHIBITED

| Contributed Data | Data Provided by the Verisk Marketing Solutions Client ("Contributed Data") for Verification | Verified by the Verisk Marketing Solutions Service |
|---|---|---|
| First Name | Jeff | Yes |
| Last Name | Blubaugh | Yes |
| Phone 1 | 6413472682 | Yes |
| Email | jrblubaugh@gmail.com | Yes |

This table is a summary of the fields and associated values provided by a Verisk Marketing Solutions client for verification by Guardian. Guardian captures data associated with the interactions the consumer took with each listed field and if applicable, the data the consumer entered into those fields, and encrypts the captured data entered by the consumer using a secure one-way hashing methodology. When a client purchases a lead from a lead seller with a unique Universal LeadiD associated with that lead, and proactively provides certain data associated with the lead ("Contributed Data") for which verification is requested, Guardian is able to verify if that Contributed Data matched to the encrypted, hashed value of the data that Guardian captured from the original lead event. This provides a client with verification that certain Contributed Data values were entered by the consumer at the original lead event. Data can be verified in the following ways: a match to data entered in form fields, a match to a pre-populated value, and/or a match observed in the parameters of the URL.

**Visual Playback Link:**

https://vp.leadid.com/playback/AF8A4726-F20F-73B5-D119-3FFE98185760/1696964831.1162?key=1696964631735

CONFIDENTIAL & PROPRIETARY
INFORMATION FOR PURPOSES ONLY. DOCUMENT DISTRIBUTION FOR UNINTENDED PARTIES IS PROHIBITED

EHI200009

## Certificate of Authenticity for Web Leads

 Retained

| Certificate | Session Replay | Event Log | History |
|---|---|---|---|

# Certificate of Authenticity for Web Leads

Certificate ID: b29936bcb802cff920cadec8a763e0944eb725a4



This certificate was issued by TrustedForm.com from ActiveProspect, the independent Internet lead certification authority. It certifies the following information about this lead:

## When did they visit?

| | |
|---|---|
| Visit date: | February 11, 2025 |
| Visit time: | 4:21:23 AM CST |
| Time on page: | 5 minutes, 26 seconds |

## Where did they visit?

| | |
|---|---|
| Page URL: | https://relief.spaoa.org/ |

## Who visited?

| | |
|---|---|
| Remote IP Address: | 70.118.226.2 |

Operating System:                                                Android 10

## What did they see?

Trustedform captures a copy of the web page viewed by the visitor
and the user events that took place on the page including form inputs,
mouse movements and clicks. It plays these events back as a session
replay of how the user interacted with the page.

**View Session Replay**

## Consent Language Detected

By clicking "Click To See Your Results" I give my electronic signature agreeing to the
Terms, including my agreement to Arbitration of any disputes, and the Privacy Policy,
and I expressly consent to be contacted via telephone using an automated telephone

▲
▼

Show More

© Copyright 2010-2024 ActiveProspect, Inc. All rights reserved.

EHI-00011

## Certificate of Authenticity for Web Leads

 Retained

| Certificate | Session Replay | Event Log | History |

# Event Log

Certificate ID: b29936bcb802cff920cadec8a763e0944eb725a4

Showing **142** Events

| Date/Timestamp ▼ | Event |
|---|---|
| 2025/02/11 04:26:48 | resized the window |
| 2025/02/11 04:26:48 | resized the window |
| 2025/02/11 04:26:48 | submitted form |
| 2025/02/11 04:26:48 | clicked on [Click To See Your Results  <i class="far fa-arrow-alt-circle-right"></i>] |
| 2025/02/11 04:26:48 | submitted form |
| 2025/02/11 04:26:38 | changed value to '(641) 347-2682' in [phone] |
| 2025/02/11 04:26:36 | changed value to '(641) 347-268' in [phone] |
| 2025/02/11 04:26:36 | changed value to '(641) 347-26' in [phone] |
| 2025/02/11 04:26:33 | changed value to '(641) 347-2' in [phone] |
| 2025/02/11 04:26:31 | changed value to '(641) 347' in [phone] |
| 2025/02/11 04:26:30 | changed value to '(641) 34' in [phone] |
| 2025/02/11 04:26:29 | changed value to '(641) 3' in [phone] |
| 2025/02/11 04:26:23 | changed value to '(641' in [phone] |
| 2025/02/11 04:26:22 | changed value to '(64' in [phone] |
| 2025/02/11 04:26:22 | changed value to '(6' in [phone] |
| 2025/02/11 04:26:15 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:15 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:15 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |

| | | |
|---|---|---|
| 2025/02/11 | 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:01 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:52 | changed value to '(641) -3472' in [phone] |
| 2025/02/11 | 04:25:36 | changed value to '(641) -347' in [phone] |
| 2025/02/11 | 04:25:36 | changed value to '(' in [phone] |
| 2025/02/11 | 04:25:35 | changed value to '(641' in [phone] |
| 2025/02/11 | 04:25:34 | changed value to '(64' in [phone] |
| 2025/02/11 | 04:25:33 | changed value to '(6' in [phone] |
| 2025/02/11 | 04:25:32 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:30 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:21 | changed value to '(347' in [phone] |
| 2025/02/11 | 04:25:21 | changed value to '(34' in [phone] |
| 2025/02/11 | 04:25:20 | changed value to '(3' in [phone] |
| 2025/02/11 | 04:25:15 | resized the window |
| 2025/02/11 | 04:25:15 | clicked on [phone] |
| 2025/02/11 | 04:25:07 | resized the window |
| 2025/02/11 | 04:25:07 | resized the window |
| 2025/02/11 | 04:25:07 | submitted form |
| 2025/02/11 | 04:25:07 | clicked on [Click To See Your Results  <i |
| | | class="far fa-arrow-alt-circle-right"></i>] |

EHI-00013

| 2025/02/11 | 04:24:58 | changed value to '' in [phone] |
| 2025/02/11 | 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:24:48 | changed value to '(641) -3472' in [phone] |
| 2025/02/11 | 04:24:39 | resized the window |
| 2025/02/11 | 04:24:38 | clicked on [phone] |
| 2025/02/11 | 04:24:34 | resized the window |
| 2025/02/11 | 04:24:34 | opted in on [iagree] |
| 2025/02/11 | 04:24:34 | submitted form |
| 2025/02/11 | 04:24:22 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:24:04 | changed value to '(641) -3472' in [phone] |
| 2025/02/11 | 04:23:49 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:23:35 | changed value to '(641) -3472' in [phone] |
| 2025/02/11 | 04:23:08 | changed value to '(641) -347' in [phone] |
| 2025/02/11 | 04:23:06 | changed value to '(641' in [phone] |
| 2025/02/11 | 04:23:04 | changed value to '(64' in [phone] |
| 2025/02/11 | 04:23:03 | changed value to '(6' in [phone] |
| 2025/02/11 | 04:22:55 | changed value to '' in [phone] |
| 2025/02/11 | 04:22:55 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:22:55 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:22:55 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:22:55 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:22:55 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:22:55 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:22:55 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:22:55 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:22:54 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:22:54 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:22:54 | started typing in [phone] |
| 2025/02/11 | 04:22:49 | resized the window |
| 2025/02/11 | 04:22:49 | clicked on [phone] |
| 2025/02/11 | 04:22:46 | resized the window |
| 2025/02/11 | 04:22:29 | changed value to 'Jrblubaugh@gmail.com' in [email] |
| 2025/02/11 | 04:22:29 | changed value to '816-466-4350' in [phone] |
| 2025/02/11 | 04:22:29 | chose [m] from radio buttons [gender] |
| 2025/02/11 | 04:22:29 | changed value to '09-15-1957' in [dob] |
| 2025/02/11 | 04:22:29 | changed value to '64055' in [zip] |

| | | |
|---|---|---|
| 2025/02/11 | 04:22:29 | changed value to 'Jeff' in [first] |
| 2025/02/11 | 04:22:25 | clicked on [email_check_btn] |
| 2025/02/11 | 04:22:25 | submitted form |
| 2025/02/11 | 04:22:23 | resized the window |
| 2025/02/11 | 04:22:22 | resized the window |
| 2025/02/11 | 04:22:22 | changed value to 'jrblubaugh@gmail.com' in [email_check] |
| 2025/02/11 | 04:22:22 | started typing in [email_check] |
| 2025/02/11 | 04:22:19 | resized the window |
| 2025/02/11 | 04:22:19 | resized the window |
| 2025/02/11 | 04:22:19 | clicked on [email_check] |
| 2025/02/11 | 04:22:10 | chose [education:some_college] from radio buttons [pre_reg_user_attributes[education_level]] |
| 2025/02/11 | 04:22:10 | clicked on [unnamed label] |
| 2025/02/11 | 04:21:56 | chose [marital_status:divorced] from radio buttons [pre_reg_user_attributes[marital_status]] |
| 2025/02/11 | 04:21:56 | clicked on [unnamed label] |
| 2025/02/11 | 04:21:49 | chose [unemployed] from radio buttons [pre_reg_user_attributes[employment_status]] |
| 2025/02/11 | 04:21:49 | clicked on [unnamed label] |
| 2025/02/11 | 04:21:45 | resized the window |
| 2025/02/11 | 04:21:34 | clicked on [pre_reg_user_attributes[housing_status]] |
| 2025/02/11 | 04:21:23 | certificate created |

© Copyright 2010-2024 ActiveProspect, Inc. All rights reserved.

Certificate of Authenticity for Web Leads

 Retained

| Certificate | Session Replay | Event Log | History |

# History

Certificate ID: b29936bcb802cff920cadec8a763e0944eb725a4

## February 11, 2025, 4:27:59 AM CST

| | |
|---|---|
| Age: | 1 minute, 10 seconds |
| Reference: | 1739269679 |
| Vendor: | Acme Co. |
| Share URL: | https://cert.trustedform.com/b29936bct    Copy Link |

© Copyright 2010-2024 ActiveProspect, Inc. All rights reserved.

EHI-00016

# REQUEST FOR PTC

**Phone: (641) 347-2682**

Form/Transfer Data



jeff blubaugh
6413472682
Posted
jrblubaugh@gmail.com
♥ Show Map

+ Add Tag

| Summary | Details | Touchpoints | Comments |
|---|---|---|---|

## Key Fields

| Field | Value |
|---|---|
| First Name | jeff |
| Last Name | blubaugh |
| Medicaid \| State Assistance | |
| Date of Birth | 09-15-1957 |
| Appointment Date | |
| Appointment Time | |
| Lead Number | LEA18917411 |
| Round Robin Policy | |
| Street | 9601 e us highway 40. |
| City | Independence |
| State | MO |
| Postal Code | 64055 ✏ |
| IP Address | 2600:100a:b032:8984:0:1e:d7e5:d301 |
| External Lead ID | |
| Lead From Created Time | 2024-09-10 01:21:37 |
| Jornaya LeadiD | DF22026D-A494-20C0-80FD-6CCB781E765A |
| CMG Campaign ID | zot-mapd-var1 |
| CMG Camp-Sub ID | 5c2017be5523bd9bcc83785d9de7414d |

EHI 00017

# REQUEST FOR PTC

<u>Creative Opt-in</u>



Sponsored Ad



YES

NO



## Are You Covered by Medicare?

Discover if You Qualify for Additional Benefits Today!

By clicking "Yes", I provide my express written consent via this web form to initiate a chat interaction for a licensed sales agent associated with Innovative Financial Group to contact me at (555) 555-5555 , even if the phone number provided is on the National Do Not Call registry, regarding products or services, including Medicare Supplement, Medicare Advantage, Prescription Drug Insurance plans, and other health-related services. I consent to being contacted via a live automated dialing system, telephone call or email. I understand this request has been initiated by me and that this is an unscheduled contact request where I am requesting information immediately. I understand my telephone company may impose charges on me for these contacts and am not required to enter into this agreement as a condition of any purchase or service. I further understand that this request, initiated by me, is my affirmative consent to be contacted, which is in compliance with all federal and state telemarketing and Do-Not-Call laws. I acknowledge that I am not providing specific health information through this form. Licensed Sales Agents are not connected with or endorsed by the U.S. government or the federal Medicare program. I agree to the Privacy Policy and Terms and Conditions. Please note this is a solicitation for insurance. There is no obligation to enroll. Participating sales agencies represent Medicare Advantage, HMO, PPO, and PFFS organizations and stand-alone PDP prescription drug plans that are contracted with Medicare. Enrollment depends on the plan's contract renewal. Enrollment in the described plan type may be limited to certain times of the year unless you qualify for Special Enrollment Period.