**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| JEFFREY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>EVERYTHING HEALTH INVESTMENTS, LLC,<br><br>   Defendant. | Case No: 4:25-cv-00527 |

## DEFENDANT'S NOTICE OF FILING EXHIBIT

Exhibit B to Defendant's Combined Motion for Summary Judgment and Suggestions in Support or, in the Alternative, Motion to Strike Class Allegations.

(title of document)

I certify that within 24 hours of filing of this Notice, I will file and serve a flash drive of the exhibits with the Clerk's Office via US Mail.

Respectfully submitted,

**HINSHAW & CULBERTSON, LLP**

By: */s/ James M. Brodzik*
James M. Brodzik, #66700
Joshua C. Hinkle, #72845
701 Market Street, Suite 260
St. Louis, MO 63101
P: 314-241-2600, F: 314-241-7428
jbrodzik@hinshawlaw.com
jhinkle@hinshawlaw.com

Attorneys for Defendant
EVERYTHING HEALTH INVESTMENTS,
LLC

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices, on this 18th day of March, 2026.

*/s /James M. Brodzik*