# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

JEFFREY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,

        Plaintiffs,

vs.

EVERYTHING HEALTH INVESTMENTS, LLC,

        Defendant.

Case No: 4:25-cv-00527

## DEFENDANT'S COMBINED MOTION FOR SUMMARY JUDGMENT AND SUGGESTIONS IN SUPPORT OR, IN THE ALTERNATIVE, MOTION TO STRIKE CLASS ALLEGATIONS

Everything Health Investments, LLC ("Defendant") by and through undersigned counsel, respectfully moves this Court for summary judgment in its favor pursuant to Federal Rule of Civil Procedure 56, or, in the alternative, to strike Plaintiff Jeffrey Blubaugh's class allegations pursuant to Federal Rule of Civil Procedure 12(f). In support of this Motion, Defendant states as follows:

## INTRODUCTION

Plaintiff Jeffrey Blubaugh alleges that Defendant violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 et seq., by placing telemarketing calls to him without his consent. But the undisputed evidence demonstrates that Mr. Blubaugh provided his prior express written consent to receive precisely the type of marketing calls at issue in this litigation on no less than four separate occasions. Defendant has produced documentary evidence of four separate consent forms signed by Plaintiff, each authorizing marketing communications to his telephone number.

1

99224\328640959.v1

Plaintiff Jeffrey Blubaugh has filed multiple TCPA claims and his attorneys have filed hundreds of similar lawsuits. These are sophisticated professional plaintiffs and they are certainly aware that prior express consent is a complete defense to TCPA liability. However, they have not provided any response regarding the existence of the consents, despite multiple requests. Nonetheless, in light of the facts presented, Plaintiff's claims fail and summary judgment should be granted in Defendant's favor.

Moreover, even if the Court were to find a genuine dispute as to Plaintiff's consent, Plaintiff would be an inadequate and atypical class representative such that he presents unique, not common claims and defenses. The individualized inquiry required to investigate his unique consent circumstances demonstrates that common questions do not predominate over individual issues, rendering class certification impossible. The class allegations should be stricken.

## UNDISPUTED STATEMENT OF MATERIAL FACTS

1. On July 10, 2025, Plaintiff filed this putative class action alleging that Everything Health sent telemarketing calls promoting goods and services, including calls using pre-recorded messages and calls to numbers on the National Do Not Call Registry.

2. Everything Health Investments, LLC is a healthcare marketing company that provides marketing products. See Declaration of Eric Bernstein, attached hereto as Exhibit A.

3. Everything Health engages with third-party vendors to obtain leads for individuals who have expressed interest in Everything Health's products. Ex. A.

4. The leads used are verified by neutral-third parties which provide lead verification services. Ex. A.

99224\328640959.v1

5. Plaintiff alleges he received six calls from Everything Health from July 15, 2024 to March 21, 2025.

6. Plaintiff claims he never consented to receive calls from Everything Health.

7. However, Plaintiff Jeffrey Blubaugh consented to be contacted by Defendant on at least four occasions. Ex. A.

8. The first consent was given on October 10, 2023. Ex. A.

9. This consent was verified by Verisk Marketing Solutions. Ex. A.

10. Mr. Blubaugh provided his name, "Jeff Blubaugh," his telephone number ending in 2682, and his email, "jrblubaugh@gmail.com."

11. The consent included TCPA disclosure statements, including:

I AGREE TO & UNDERSTAND THE DATA POLICIES THAT GOVERN THIS SITE, HOW MY DATA IS USED, DISCLOSED AND SHARED & WHAT I GET AS A USER

BY SUBMITTING THIS FORM I AGREE TO THE PRIVACY POLICIES, TERMS & CONDITIONS AND DATA COLLECTION PRACTICES OF ONLYGREATJOBS.COM & THEIR MARKETING PARTNERS AND AGREE TO RECEIVE EMAIL FROM THEM. SKIP HERE

BY CLICKING I AGREE & CONTINUE, I CERTIFY I ENTERED MY OWN INFORMATION & I AGREE TO THE PRIVACY POLICY AND TERMS (WITH ARBITRATION AGREEMENT). I ALSO CONSENT TO YOUR AGENTS, MARKETING PARTNERS, MEDIGAP LIFE CONTACTING ME WITH MARKETING CALLS OR TEXTS AT THE PHONE NUMBER I PROVIDED REGARDLESS OF MY STATUS ON STATE OR FEDERAL DO NOT CALL LISTS, INCLUDING USING AN AUTODIALER (MSG & DATA RATES APPLY). I UNDERSTAND THESE CALLS OR TEXTS MAY INCLUDE ADS FOR SERVICES SUCH AS MEDICARE ADVANTAGE PRODUCTS. CONSENT ISN'T REQUIRED. SKIP HERE

BY CLICKING "CONTINUE", I REPRESENT THAT I AM 18+ YEARS OF AGE; I UNDERSTAND THAT THIS SITE IS PRIVATELY OWNED, NOT AFFILIATED WITH, NOR ENDORSED BY ANY GOVERNMENT AGENCY, I AGREE THAT THE PERSONAL INFORMATION PROVIDED MAY BE SHARED WITH THIRD PARTIES FOR OTHER MARKETING PURPOSES, AND AGREE TO THE PRIVACY POLICY AND TERMS OF USE; AND AGREE

99224\328640959.v1

TO RECEIVE EMAIL MARKETING FROM ONLYGREATJOBS.COM AND ITS MARKETING PARTNERS

12. A screen recording of the video playback is attached hereto as Exhibit B.

13. A second consent was given on March 24, 2024.

14. This consent was verified by Verisk Marketing Solutions. Ex. A.

15. Mr. Blubaugh provided his name, his telephone number ending in 2682, his email, and his date of birth.

16. The consent included TCPA disclosure statements, including:

BY CLICKING "CONTINUE", I REPRESENT THAT I AM 18+ YEARS OF AGE; I UNDERSTAND THAT THIS SITE IS PRIVATELY OWNED, NOT AFFILIATED WITH, NOR ENDORSED BY ANY GOVERNMENT AGENCY, I AGREE THAT THE PERSONAL INFORMATION PROVIDED MAY BE SHARED WITH THIRD PARTIES FOR OTHER MARKETING PURPOSES, AND AGREE TO THE PRIVACY POLICY AND TERMS AND CONDITIONS AND AGREE TO RECEIVE EMAIL MARKETING FROM HIGHERINCOMEJOBS.COM AND ITS MARKETING PARTNERS. SKIP HERE

BY CLICKING I AGREE & CONTINUE, I CERTIFY I ENTERED MY OWN INFORMATION & I AGREE TO THE PRIVACY POLICY AND TERMS (WITH ARBITRATION AGREEMENT). I ALSO CONSENT TO YOUR AGENTS, MARKETING PARTNERS, MEDIGAP LIFE CONTACTING ME WITH MARKETING CALLS OR TEXTS AT THE PHONE NUMBER I PROVIDED REGARDLESS OF MY STATUS ON STATE OR FEDERAL DO NOT CALL LISTS, INCLUDING USING AN AUTODIALER (MSG & DATA RATES APPLY). I UNDERSTAND THESE CALLS OR TEXTS MAY INCLUDE ADS FOR SERVICES SUCH AS MEDICARE ADVANTAGE PRODUCTS. CONSENT ISN'T REQUIRED.

BY CLICKING 'YES', I PROVIDE MY EXPRESS WRITTEN CONSENT VIA CHAT/WEBFORM INTERACTION FOR A LICENSED SALES AGENT ASSOCIATED WITH ALLIED INSURANCE, VINCENT CORTAZAR/MEDIGAP LIFE, 100INSURE, GO HEALTH, LLC, HEALTHPLANONE, LLC, CLEARMATCH MEDICARE, MEDICARE SOLUTIONS TO CONTACT ME AT THE NUMBER I PROVIDED, EVEN IF THE PHONE NUMBER IS ON THE NATIONAL DO NOT CALL REGISTRY, REGARDING PRODUCTS OR SERVICES, INCLUDING MEDICARE SUPPLEMENT, MEDICARE ADVANTAGE, PRESCRIPTION DRUG

4

99224\328640959.v1

Case 4:25-cv-00527-FJG   Document 17   Filed 03/18/26   Page 4 of 14
Case 4:25-cv-00527-FJG   Document 18   Filed 03/24/26   Page 4 of 80

INSURANCE PLANS, AND OTHER HEALTH-RELATED SERVICES VIA LIVE, AUTOMATED DIALING SYSTEM TELEPHONE CALL, TEXT, OR EMAIL. I UNDERSTAND THIS REQUEST IS INITIATED BY ME AND THIS IS AN UNSCHEDULED CONTACT REQUEST. I UNDERSTAND MY TELEPHONE COMPANY MAY IMPOSE CHARGES FOR THESE CONTACTS AND AM NOT REQUIRED TO ENTER INTO THIS AGREEMENT AS A CONDITION OF ANY PURCHASE OR SERVICE. I FURTHER UNDERSTAND THIS REQUEST, INITIATED BY ME, IS MY AFFIRMATIVE CONSENT TO BE CONTACTED WHICH IS IN COMPLIANCE WITH ALL FEDERAL AND STATE TELEMARKETING AND DO-NOT-CALL LAWS. LICENSED SALES AGENTS AREN'T CONNECTED WITH OR ENDORSED BY THE U.S. GOVERNMENT OR THE FEDERAL MEDICARE PROGRAM. I AGREE TO THE PRIVACY POLICY AND TERMS. THIS IS A SOLICITATION FOR INSURANCE. PARTICIPATING SALES AGENCIES REPRESENT MEDICARE ADVANTAGE [HMO, PPO AND PFFS] ORGANIZATIONS AND STAND-ALONE PDP PRESCRIPTION DRUG PLANS THAT ARE CONTRACTED WITH MEDICARE. ENROLLMENT DEPENDS ON THE PLAN'S CONTRACT RENEWAL. ENROLLMENT IN THE DESCRIBED PLAN TYPE MAY BE LIMITED TO CERTAIN TIMES OF THE YEAR UNLESS YOU QUALIFY FOR A SPECIAL ENROLLMENT PERIOD. NO OBLIGATION TO ENROLL. SCOPE OF APPOINTMENT - BY CLICKING "YES" YOU ALSO AGREE TO ALLOW ALLIED INSURANCE, VINCENT CORTAZAR/MEDIGAP LIFE, 100INSURE, GO HEALTH, LLC TO DISCUSS MEDICARE SUPPLEMENT, MEDICARE ADVANTAGE, AND STAND-ALONE PRESCRIPTION DRUG PLANS AVAILABLE IN YOUR AREA, 48 HOURS FROM OBTAINING THE SCOPE OF APPOINTMENT. YOU ARE NOT OBLIGATED TO ENROLL IN A PLAN AND AGREEING TO THIS DOES NOT AFFECT YOUR CURRENT ENROLLMENT NOR WILL IT ENROLL YOU IN A MEDICARE PLAN. YOU ALSO AGREE AND UNDERSTAND THAT YOU MAY BE ASSISTED BY AN AFFILIATED AGENT AND/OR AGENCY OF ALLIED INSURANCE, VINCENT CORTAZAR/MEDIGAP LIFE, 100INSURE, GOHEALTH, LLC. EFFECTIVE DATE: 3/24/2024 SMID MULTI-PLAN_JM0XZQDI2024_C

Ex. A.

17.     A screen recording of the video playback is attached hereto as Exhibit C.

18.     Mr. Blubaugh alleges he received marketing communications from Defendant on July 15, 2024 and August 14, 2024. This was after he had consented twice to receive marketing communications.

19.     A third consent was given on September 10, 2024.

20.     Mr. Blubaugh provided his name, "jeff blubaugh," his address, and date of birth.

5

99224\328640959.v1

21.     The consent included TCPA disclosure statements, including:

By clicking "Yes," I provide my express written consent via this web form to initiate a chat interaction for a licensed sales agent associated with Innovative Financial Group to contact me at [telephone number], even if the phone number provided is on the National Do Not Call registry, regarding products or services, including Medicare Supplement, Medicare Advantage, Prescription Drug Insurance plans, and other health-related services. I consent to being contacted via a live automated dialing system, telephone call, or email. I understand this request has been initiated by me and that this is an unscheduled contact request where I am requesting information immediately. I understand my telephone company may impose charges on me for these contacts and am not required to enter into this agreement as a condition of any purchase or service. I further understand that this request, initiated by me, is my affirmative consent to be contacted, which is in compliance with all federal and state telemarketing and Do-Not-Call laws. I acknowledge that I am not providing specific health information through this form. Licensed Sales Agents are not connected with or endorsed by the U.S. government or the federal Medicare program. I agree to the Privacy Policy and Terms and Conditions. Please note this is a solicitation for insurance. There is no obligation to enroll. Participating sales agencies represent Medicare Advantage, HMO, PPO, and PFFS organizations and stand-alone PDP prescription drug plans that are contracted with Medicare. Enrollment depends on the plan's contract renewal. Enrollment in the described plan type may be limited to certain times of the year unless you qualify for a Special Enrollment Period.

Ex. A.

22.     Plaintiff alleges he received marketing communications on January 20, 2025 and February 4, 2025. At this point he had consented to calls on three occasions.

23.     A fourth consent was given on February 11, 2025.

24.     This consent was verified by ActiveProspect Trusted Form. Ex. A.

25.     Mr. Blubaugh provided his name, "Jeff Blubaugh," his telephone number ending in 2682, and his email, "jrblubaugh@gmail.com."

26.     The consent included TCPA disclosure statements, including:

By clicking "Click To See Your Results" I give my electronic signature agreeing to the Terms, including my agreement to Arbitration of any disputes, and the Privacy Policy, and I expressly consent to be contacted via telephone using an automated telephone dialing system, pre-recorded messages, artificial voice and to receive text messages by Single Parents Alliance of America (SPAOA), Holiday Relief (HR),

99224\328640959.v1

American Hope Resources (AHR), Americas Health, Benefitlink and our Marketing Partners regarding various offers, on the number I provided. Reply HELP at any time, or STOP to opt-out. Msg & Data rates may apply. Consent is not required to use SPAOA's service and you can access content here

I confirm all my information is accurate and consent to be texted as provided below.

Ex. A.

27.     A screen recording of the video playback is attached hereto as Exhibit D.

28.     Plaintiff alleges that the last time he was called was on March 12, 2025. This was following four events in which he consented to calls.

## LEGAL STANDARD

### i. Summary Judgment Standard

Pursuant to Federal Rule of Civil Procedure 56(c), a court may grant summary judgment if the information before the court shows that there are no material issues of fact in dispute and the moving party is entitled to judgment as a matter of law. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 247 (1986). The burden of proof is on the moving party to set forth the basis of the motion. *Celotex Corp. v. Catrett*, 477 U.S. 317, 323 (1986). Once the moving party shows there are no material issues of fact in dispute, the burden shifts to the adverse party to set forth facts showing there is a genuine issue for trial. *Matsushita Elec. Indus. Co. v. Zenith Radio*, 475 U.S. 574, 587 (1986).

### ii. Standard for Striking Class Allegations

Under Rule 12(f) of the Federal Rules of Civil Procedure, "[t]he [C]ourt may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). "Judges enjoy liberal discretion to strike pleadings under Rule 12(f)." *Donelson v. Ameriprise Fin. Servs., Inc.*, 999 F.3d 1080, 1091 (8th Cir. 2021) (quoting *BJC Health Sys. v. Columbia Cas. Co.*, 478 F.3d 908, 917 (8th Cir. 2007)). A district court may grant a motion

7

99224\328640959.v1
Case 4:25-cv-00527-FJG     Document 17     Filed 03/18/26     Page 7 of 14
Case 4:25-cv-00527-FJG     Document 18     Filed 03/24/26     Page 7 of 80

to strike class-action allegations prior to the filing of a motion for class-action certification. *Id.* at 1092. Where it is clear from the face of the pleadings that class certification would be impossible, courts may appropriately strike class allegations at the pleading stage because allowing meritless class claims to remain in the complaint introduces irrelevant matter and unfairly burdens defendants with having to defend against claims that cannot ultimately succeed. *Id.* at 1091–92.

**ARGUMENT**

### *i. Plaintiff's Prior Written Consent Defeat His Claims*

In relevant part, the TCPA makes it unlawful for a person: "(A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice ... to any telephone number assigned to a ... cellular telephone service ...." 47 U.S.C. § 227(b)(1)(A). Section 227(b)(1)(A) carves out an exception to its prohibition on robocalls to cellular phones for those calls made with the recipient's "prior express consent." Thus, there is no violation of the TCPA if the called party provided his or her express consent to receive auto-dialed or prerecorded message calls on his or her cellular phone.

The FCC has clarified that "persons who knowingly release their phone numbers have in effect given their invitation or permission to be called at the number which they have given, absent instructions to the contrary." *In re* Rules & Regulations Implementing the Telephone Consumer Protection Act of 1991, 7 F.C.C.R. 8752, 8769 (Oct. 16, 1992). Thus, a telemarketer does not violate the TCPA "by calling a number which was provided as one at which the called party wishes to be reached." *Id.*

For telemarketing calls to cell phones, the FCC has promulgated regulations defining the consent required. The express written consent must include "a clear and conspicuous disclosure

8

99224\328640959.v1

Case 4:25-cv-00527-FJG   Document 17   Filed 03/18/26   Page 8 of 14
Case 4:25-cv-00527-FJG   Document 18   Filed 03/24/26   Page 8 of 80

informing the person signing that, by executing the agreement, such person authorizes the seller to deliver or cause to be delivered to the signatory telemarketing calls using an automatic telephone dialing system . . . and the person is not required to sign the agreement (directly or indirectly) or agree to enter into such an agreement as a condition of purchasing any property, goods, or services." 47 C.F.R. § 64.1200(f)(8)(i); *see also Oliver v. TTC-Ameridial, LLC*, 2018 U.S. Dist. LEXIS 39748, at *4–5 (N.D. Ill. Mar. 12, 2018).

Despite his claim to the contrary, Plaintiff did in fact consent to receive calls from Defendant. Defendant produced in discovery four separate written consent forms bearing Plaintiff's information, each demonstrating his prior express written consent to receive marketing calls, including calls to numbers on the Do Not Call Registry and calls using automated dialing systems or prerecorded messages. The consents were given over the course of sixteen months, with the first being given on October 10, 2023 and the most recent consent being given on February 11, 2025.

The undisputed evidence before this Court demonstrates that Plaintiff Jeffrey Blubaugh provided his prior express written consent to receive the marketing calls at issue. Defendant produced four consent forms showing that Plaintiff (1) provided his phone number voluntarily (the verified lead event data confirms that Plaintiff entered his own phone number ending in 2682 into web forms on multiple occasions); (2) was presented with clear and conspicuous TCPA disclosures; (3) expressly consented to calls regardless of Do Not Call status; and (4) affirmatively clicked to consent.

Courts have consistently granted summary judgment for defendants in TCPA cases where the plaintiff provided consent through web forms containing compliant TCPA disclosures. In *Oliver*, the court granted summary judgment where the plaintiff entered her contact information

9

99224\328640959.v1

into a website that contained the disclosure: "By checking this box, I expressly agree to receive marketing phone calls, text or SMS messages, or emails, from online-edu-help.com or Marketing Partners at any phone number I provide, even if the number is a wireless number . . . I understand that such calls may be placed using automatic dialing equipment or pre-recorded messages, and that I am not required to check this box to purchase any goods or services." 2018 U.S. Dist. LEXIS 39748, at *3–4. The court found this consent sufficient and entered judgment for the defendant. *Id.* at *9.

Similarly, in *Elkins v. Medco Health Solutions, Inc.*, the court granted summary judgment for the defendant, finding that the plaintiff's TCPA claim was "barred because she gave her express prior consent to be called at the number she provided when she gave that number at the time of enrollment as her number for contact." 2014 U.S. Dist. LEXIS 57633 (E.D. Mo. Apr. 25, 2014) at *5. The court rejected the plaintiff's contention that she could not provide consent because she never actually reviewed the documents and agreements at the time of enrollment. *Id.* at *6.

In *Baird v. Sabre, Inc.*, 995 F. Supp. 2d 1100, the plaintiff provided her contact information and consent to communications through an online web portal during the process of purchasing airline tickets through Hawaiian Airlines. Defendant Sabre, Inc. was a third-party which contracted with Hawaiian Airlines to provide flight notifications. The court held that Sabre, Inc's communications with the plaintiff were consented to when she provided her telephone number through the web portal.

The same result is warranted here. Like the plaintiffs in *Oliver* and *Elkins*, Mr. Blubaugh voluntarily provided his telephone number through web forms containing clear and conspicuous TCPA disclosures. He affirmatively clicked to consent to receive marketing calls via automated dialing systems and prerecorded messages, including calls to numbers on the Do Not Call Registry.

10

99224\328640959.v1

Case 4:25-cv-00527-FJG   Document 17   Filed 03/18/26   Page 10 of 14
Case 4:25-cv-00527-FJG   Document 18   Filed 03/24/26   Page 10 of 80

The documentary evidence of his consent is clear and unrebutted. Summary judgment is therefore appropriate on Plaintiff's individual claims.

### ii. Alternatively, The Class Allegations Should be Stricken Because Plaintiff is an Inadequate Class Representative and Individualized Consent Issues Preclude Class Certification

Despite requests from Defendant, Plaintiff has not yet explained why these consents do not apply to these claims, do Defendant does not yet know what is Plaintiff's position. That said, even if this Court determines that a genuine dispute exists as to Plaintiff's consent (because, for example, he presents evidence that someone else provided his number), the class allegations must be stricken because Plaintiff cannot adequately represent a class of individuals similarly situated to him. Further, the resulting individualized nature of the consent inquiry defeats commonality, typicality, adequacy, and predominance under Rule 23.

Rule 23(a)(3) requires that "the claims or defenses of the representative parties are typical of the claims or defenses of the class." Rule 23(a)(4) requires that "the representative parties will fairly and adequately protect the interests of the class." Plaintiff cannot satisfy either requirement. The very existence of multiple documented consents bearing his information makes him unlike the putative class members who allegedly received calls without consent. The unique circumstances surrounding his alleged consent, including multiple web forms, verified lead events with his personal data, and session replays showing his active participation, require an intensely individualized inquiry that is atypical of claims that might be brought by other class members.

Additionally, Courts have held that where consent is at issue in TCPA cases, class certification is inappropriate because consent must be independently assessed for each putative class member. In *Ung v. Universal Acceptance Corp.*, the court denied class certification, finding that "individualized inquiries on the issue of consent to calls could not be resolved across the class with common evidence." 319 F.R.D. 537, 540–41 (D. Minn. 2017). The court found that liability

11

99224\328640959.v1
Case 4:25-cv-00527-FJG    Document 17    Filed 03/18/26    Page 11 of 14
Case 4:25-cv-00527-FJG    Document 18    Filed 03/24/26    Page 11 of 80

for each class member would depend upon whether the class member provided consent and therefore concluded that "the circumstances surrounding consent are not 'susceptible to generalized, class-wide proof.'" *Id.* at 541. Class certification would be inappropriate under such circumstances, as common questions would not predominate over individual ones. *Id.*

Similarly, in *Newhart v. Quicken Loans, Inc.*, the court denied class certification where "consent simply could not be resolved across the class with common evidence" because individuals had provided consent through various means. 2016 U.S. Dist. LEXIS 168721 (S.D. Fla. Oct. 13, 2016). The court noted that *Newhart* "joined a 'chorus' of other courts 'faced with TCPA class actions that have found such individualized inquiries on the consent issue' precluded class certification." *Id.*

Common questions do not predominate individual questions in this case. Rule 23(b)(3) requires that "questions of law or fact common to class members predominate over any questions affecting only individual members." The consent issue defeats predominance because each putative class member's consent (or lack thereof) must be individually examined.

For these reasons, the class allegations should be stricken here. Everything Health conducts telemarketing through lead generation services that obtain consumer consent through web forms. Determining whether any given putative class member provided consent would require examining: (1) whether the individual submitted a web form; (2) whether the web form contained a compliant TCPA disclosure; (3) whether the individual affirmatively clicked to consent; (4) the scope of the consent provided; and (5) whether the consent was later revoked. These individualized inquiries overwhelm any common questions.

**CONCLUSION**

12

In sum, this case fails at every level. On the merits, Plaintiff's individual claims are defeated by uncontested documentary evidence establishing that he provided his prior express written consent to receive the very calls he now complains about. He provided consent multiple times through verified web forms containing clear and conspicuous TCPA disclosures. Defendant produced four separate consent records, each bearing Plaintiff's personal information and telephone number, each containing compliant disclosure language, and each showing Plaintiff's affirmative act of clicking to consent.

In the alternative, his class allegations must still be stricken. Plaintiff is an atypical and inadequate representative for a class of individuals who allegedly never consented at all. Class certification is impossible under these circumstances.

WHEREFORE, Defendant Everything Health Investments, LLC respectfully requests that this Court grant summary judgment Defendant's favor on all of Plaintiff's individual claims; or in the alternative, strike Plaintiff's class allegations, and for any such further relief this Court deems just and proper.

Respectfully submitted,

**HINSHAW & CULBERTSON, LLP**

By: */s/ James M. Brodzik*
James M. Brodzik, #66700
Joshua C. Hinkle, #72845
701 Market Street, Suite 260
St. Louis, MO 63101
P: 314-241-2600
F: 314-241-7428
jbrodzik@hinshawlaw.com
jhinkle@hinshawlaw.com

Attorneys for Defendant
EVERYTHING HEALTH INVESTMENTS,

13

99224\328640959.v1
Case 4:25-cv-00527-FJG   Document 17   Filed 03/18/26   Page 13 of 14
Case 4:25-cv-00527-FJG   Document 18   Filed 03/24/26   Page 13 of 80

LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices, on this 18th day of March, 2026.

*/s /James M. Brodzik*

14

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| JEFFREY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>EVERYTHING HEALTH INVESTMENTS, LLC,<br><br>    Defendant. | Case No: 4:25-cv-00527 |

## DECLARATION OF ERIC BERNSTEIN IN SUPPORT OF COMBINED MOTION FOR SUMMARY JUDGMENT AND SUGGESTIONS IN SUPPORT, OR IN THE ALTERNATIVE, MOTION TO STRIKE CLASS ALLEGATIONS

I, Eric Bernstein, declare as follows:

1.   I am the managing partner of Everything Health Investments, LLC ("Everything Health"). Everything Health is a health insurance distribution platform that provides health insurance products to assist senior citizens.

2.   Everything Health engages with third-party vendors to obtain leads for individuals who have expressed interest in Everything Health's products.

3.   The leads used are verified as accurate by neutral-third parties which provide lead verification services.

4.   I have reviewed the Petition of Jeffrey Blubaugh in the above-captioned matter. Mr. Blubaugh consented to receive communications from Everything Health on multiple occasions including October 10, 2023; March 24, 2024; September 10, 2024; and February 11, 2025.

5.   True and accurate copies Mr. Blubaugh's Permissions to Contact ("PTC") are attached hereto as Exhibit A. According to the PTCs, Mr. Blubaugh chose to provide his name,

1

email, address, date of birth, and telephone number, and he consented to marketing communications from Everything Health.

6. True and accurate screen recordings of the video playbacks of the PTC events provided by the neutral-third parties are attached hereto as Exhibit B, C, and D.

7. Everything Health does not send wireless spam messages, bulk marketing messages, and/or unauthorized advertisements to individuals. Instead, Everything Health directs calls regarding healthcare products to individuals who have expressed interest and consented to be contacted.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct and that this Declaration was executed on March 17, 2026 in West Seneca, New York.

DocuSigned by:

*E. B*

F26DC387D3E0482...

Eric Bernstein

2

99224\328624244.v1

Case 4:25-cv-00527-FJG   Document 17-1   Filed 03/18/26   Page 2 of 20
Case 4:25-cv-00527-FJG   Document 18   Filed 03/24/26   Page 16 of 80



**Verisk™** | Marketing Solutions

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Verisk Marketing Solutions ("VMS"), formerly dba Jornaya, hereunder - including, e.g., the Verisk Marketing Solutions Website, TCPA Guardian, Visual Playback, and the processes used by Verisk Marketing Solutions in providing the service - are the exclusive property of Verisk Marketing Solutions and its licensors. Verisk Marketing Solutions' Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using the service and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Verisk Marketing Solutions' express prior written approval.



# Guardian TCPA Report

**Prepared for Aragon Advertising LLC**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Verisk Marketing Solutions?**

Verisk Marketing Solutions provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Verisk Marketing Solutions' technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Verisk Marketing Solutions' Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Verisk Marketing Solutions does not buy or sell leads; we help to verify what happened at the lead event.

**How does Verisk Marketing Solutions help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center. Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?



## Lead Event Information:

| | |
|---|---|
| Universal LeadiD | 470259B5-E004-1B75-0750-FF47575FBFFE |
| Event Date | 03/24/2024 |
| Event Time | 04:09:40 PM EDT |
| IP Address | 70.118.232.83 |

## Disclosure Information:

| | |
|---|---|
| Query Date | 07/23/2025 |
| Query Time | 05:53:22 PM EDT |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING "CONTINUE", I REPRESENT THAT I AM 18+ YEARS OF AGE; I UNDERSTAND THAT THIS SITE IS PRIVATELY OWNED, NOT AFFILIATED WITH, NOR ENDORSED BY ANY GOVERNMENT AGENCY, I AGREE THAT THE PERSONAL INFORMATION PROVIDED MAY BE SHARED WITH THIRD PARTIES FOR OTHER MARKETING PURPOSES, AND AGREE TO THE PRIVACY POLICY AND TERMS AND CONDITIONS AND AGREE TO RECEIVE EMAIL MARKETING FROM HIGHERINCOMEJOBS.COM AND ITS MARKETING PARTNERS. SKIP HERE |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING I AGREE & CONTINUE, I CERTIFY I ENTERED MY OWN INFORMATION & I AGREE TO THE PRIVACY POLICY AND TERMS (WITH ARBITRATION AGREEMENT). I ALSO CONSENT TO YOUR AGENTS, MARKETING PARTNERS, MEDIGAP LIFE CONTACTING ME WITH MARKETING CALLS OR TEXTS AT THE PHONE NUMBER I PROVIDED REGARDLESS OF MY STATUS ON STATE OR FEDERAL DO NOT CALL LISTS, INCLUDING USING AN AUTODIALER (MSG & DATA RATES APPLY). I UNDERSTAND THESE CALLS OR TEXTS MAY INCLUDE ADS FOR SERVICES SUCH AS MEDICARE ADVANTAGE PRODUCTS. CONSENT ISN'T REQUIRED. |
| Labeled TCPA Disclosure Statement captured at the lead event: | NO LABEL TEXT FOUND |

CONFIDENTIAL & PROPRIETARY
INFORMATION PURPOSES ONLY. NOT INTENDED FOR DISTRIBUTION OR EXTENDED USE. EFI_000003

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING "YES", I PROVIDE MY EXPRESS WRITTEN CONSENT VIA CHAT/WEBFORM INTERACTION FOR A LICENSED SALES AGENT ASSOCIATED WITH ALLIED INSURANCE, VINCENT CORTAZAR/MEDIGAP LIFE, 100INSURE, GO HEALTH, LLC, HEALTHPLANONE, LLC, CLEARMATCH MEDICARE, MEDICARE SOLUTIONS TO CONTACT ME AT THE NUMBER I PROVIDED, EVEN IF THE PHONE NUMBER IS ON THE NATIONAL DO NOT CALL REGISTRY, REGARDING PRODUCTS OR SERVICES, INCLUDING MEDICARE SUPPLEMENT, MEDICARE ADVANTAGE, PRESCRIPTION DRUG INSURANCE PLANS, AND OTHER HEALTH-RELATED SERVICES VIA LIVE, AUTOMATED DIALING SYSTEM TELEPHONE CALL, TEXT, OR EMAIL. I UNDERSTAND THIS REQUEST IS INITIATED BY ME AND THIS IS AN UNSCHEDULED CONTACT REQUEST. I UNDERSTAND MY TELEPHONE COMPANY MAY IMPOSE CHARGES FOR THESE CONTACTS AND AM NOT REQUIRED TO ENTER INTO THIS AGREEMENT AS A CONDITION OF ANY PURCHASE OR SERVICE. I FURTHER UNDERSTAND THIS REQUEST, INITIATED BY ME, IS MY AFFIRMATIVE CONSENT TO BE CONTACTED WHICH IS IN COMPLIANCE WITH ALL FEDERAL AND STATE TELEMARKETING AND DO-NOT-CALL LAWS. LICENSED SALES AGENTS AREN'T CONNECTED WITH OR ENDORSED BY THE U.S. GOVERNMENT OR THE FEDERAL MEDICARE PROGRAM. I AGREE TO THE PRIVACY POLICY AND TERMS. THIS IS A SOLICITATION FOR INSURANCE. PARTICIPATING SALES AGENCIES REPRESENT MEDICARE ADVANTAGE [HMO, PPO AND PFFS] ORGANIZATIONS AND STAND-ALONE PDP PRESCRIPTION DRUG PLANS THAT ARE CONTRACTED WITH MEDICARE. ENROLLMENT DEPENDS ON THE PLAN'S CONTRACT RENEWAL. ENROLLMENT IN THE DESCRIBED PLAN TYPE MAY BE LIMITED TO CERTAIN TIMES OF THE YEAR UNLESS YOU QUALIFY FOR A SPECIAL ENROLLMENT PERIOD. NO OBLIGATION TO ENROLL. SCOPE OF APPOINTMENT - BY CLICKING "YES" YOU ALSO AGREE TO ALLOW ALLIED INSURANCE, VINCENT CORTAZAR/MEDIGAP LIFE, 100INSURE, GO HEALTH, LLC TO DISCUSS MEDICARE SUPPLEMENT, MEDICARE ADVANTAGE, AND STAND-ALONE PRESCRIPTION DRUG PLANS AVAILABLE IN YOUR AREA, 48 HOURS FROM OBTAINING THE SCOPE OF APPOINTMENT. YOU ARE NOT OBLIGATED TO ENROLL IN A PLAN AND AGREEING TO THIS DOES NOT AFFECT YOUR CURRENT ENROLLMENT NOR WILL IT ENROLL YOU IN A MEDICARE PLAN. YOU ALSO AGREE AND UNDERSTAND THAT YOU MAY BE ASSISTED BY AN AFFILIATED AGENT AND/OR AGENCY OF ALLIED INSURANCE, VINCENT CORTAZAR/MEDIGAP LIFE, 100INSURE, GO HEALTH, LLC. EFFECTIVE DATE: 3/24/2024 SMID MULTI-PLAN_JM0XZQDI2024_C |

CONFIDENTIAL & PROPRIETARY
INFORMATIONAL PURPOSES ONLY. DO NOT DISTRIBUTE OR INTENDED FOR USE. EISI000004



**Visual Playback Link:**

https://vp.leadid.com/playback/470259B5-E004-1B75-0750-FF47575FBFFE/1753307602.1674?key=1711310995736

EPIQ 000005



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Verisk Marketing Solutions ("VMS"), formerly dba Jornaya, hereunder - including, e.g., the Verisk Marketing Solutions Website, TCPA Guardian, Visual Playback, and the processes used by Verisk Marketing Solutions in providing the service - are the exclusive property of Verisk Marketing Solutions and its licensors. Verisk Marketing Solutions' Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using the service and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Verisk Marketing Solutions' express prior written approval.



# Guardian TCPA Report

**Prepared for Aragon Advertising LLC**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Verisk Marketing Solutions?**

Verisk Marketing Solutions provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Verisk Marketing Solutions' technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Verisk Marketing Solutions' Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Verisk Marketing Solutions does not buy or sell leads; we help to verify what happened at the lead event.

**How does Verisk Marketing Solutions help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?



## Lead Event Information:

| | |
|---|---|
| Universal LeadiD | AF8A4726-F20F-73B5-D119-3FFE98185760 |
| Event Date | 10/10/2023 |
| Event Time | 03:03:27 PM EDT |
| IP Address | 174.250.192.19 |

## Disclosure Information:

| | |
|---|---|
| Query Date | 10/10/2023 |
| Query Time | 03:07:11 PM EDT |
| Labeled TCPA Disclosure Statement captured at the lead event: | I AGREE TO & UNDERSTAND THE DATA POLICIES THAT GOVERN THIS SITE, HOW MY DATA IS USED, DISCLOSED AND SHARED & WHAT I GET AS A USER |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY SUBMITTING THIS FORM I AGREE TO THE PRIVACY POLICIES, TERMS & CONDITIONS AND DATA COLLECTION PRACTICES OF ONLYGREATJOBS.COM & THEIR MARKETING PARTNERS AND AGREE TO RECEIVE EMAIL FROM THEM. SKIP HERE |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING I AGREE & CONTINUE, I CERTIFY I ENTERED MY OWN INFORMATION & I AGREE TO THE PRIVACY POLICY AND TERMS (WITH ARBITRATION AGREEMENT). I ALSO CONSENT TO YOUR AGENTS, MARKETING PARTNERS, MEDIGAP LIFE CONTACTING ME WITH MARKETING CALLS OR TEXTS AT THE PHONE NUMBER I PROVIDED REGARDLESS OF MY STATUS ON STATE OR FEDERAL DO NOT CALL LISTS, INCLUDING USING AN AUTODIALER (MSG & DATA RATES APPLY). I UNDERSTAND THESE CALLS OR TEXTS MAY INCLUDE ADS FOR SERVICES SUCH AS MEDICARE ADVANTAGE PRODUCTS. CONSENT ISN'T REQUIRED. SKIP HERE |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING "CONTINUE", I REPRESENT THAT I AM 18+ YEARS OF AGE; I UNDERSTAND THAT THIS SITE IS PRIVATELY OWNED, NOT AFFILIATED WITH, NOR ENDORSED BY ANY GOVERNMENT AGENCY, I AGREE THAT THE PERSONAL INFORMATION PROVIDED MAY BE SHARED WITH THIRD PARTIES FOR OTHER MARKETING PURPOSES, AND AGREE TO THE PRIVACY POLICY AND TERMS OF USE; AND AGREE TO RECEIVE EMAIL MARKETING FROM ONLYGREATJOBS.COM AND ITS MARKETING PARTNERS |

CONFIDENTIAL & PROPRIETARY

INFORMATION FOR PURPOSES ONLY. COMMITTED DISTRIBUTION FOR INTENDED PARTIES ONLY



| Contributed Data | Data Provided by the Verisk Marketing Solutions Client ("Contributed Data") for Verification | Verified by the Verisk Marketing Solutions Service |
|---|---|---|
| First Name | Jeff | Yes |
| Last Name | Blubaugh | Yes |
| Phone 1 | 6413472682 | Yes |
| Email | jrblubaugh@gmail.com | Yes |

This table is a summary of the fields and associated values provided by a Verisk Marketing Solutions client for verification by Guardian. Guardian captures data associated with the interactions the consumer took with each listed field and if applicable, the data the consumer entered into those fields, and encrypts the captured data entered by the consumer using a secure one-way hashing methodology. When a client purchases a lead from a lead seller with a unique Universal LeadiD associated with that lead, and proactively provides certain data associated with the lead ("Contributed Data") for which verification is requested, Guardian is able to verify if that Contributed Data matched to the encrypted, hashed value of the data that Guardian captured from the original lead event. This provides a client with verification that certain Contributed Data values were entered by the consumer at the original lead event. Data can be verified in the following ways: a match to data entered in form fields, a match to a pre-populated value, and/or a match observed in the parameters of the URL.

**Visual Playback Link:**

https://vp.leadid.com/playback/AF8A4726-F20F-73B5-D119-3FFE98185760/1696964831.1162?key=1696964631735

## Certificate of Authenticity for Web Leads

 Retained

Certificate    Session Replay    Event Log    History

# Certificate of Authenticity for Web Leads



Certificate ID: b29936bcb802cff920cadec8a
763e0944eb725a4

This certificate was issued by TrustedForm.com from ActiveProspect, the independent Internet lead certification authority. It certifies the following information about this lead:

## When did they visit?

| | |
|---|---|
| Visit date: | February 11, 2025 |
| Visit time: | 4:21:23 AM CST |
| Time on page: | 5 minutes, 26 seconds |

## Where did they visit?

| | |
|---|---|
| Page URL: | https://relief.spaoa.org/ |

## Who visited?

| | |
|---|---|
| Remote IP Address: | 70.118.226.2 |

Operating System:

Android 10

# What did they see?

Trustedform captures a copy of the web page viewed by the visitor
and the user events that took place on the page including form inputs,
mouse movements and clicks. It plays these events back as a session
replay of how the user interacted with the page.

View Session Replay

# Consent Language Detected

By clicking "Click To See Your Results" I give my electronic signature agreeing to the
Terms, including my agreement to Arbitration of any disputes, and the Privacy Policy,
and I expressly consent to be contacted via telephone using an automated telephone

Show More

© Copyright 2010-2024 ActiveProspect, Inc. All rights reserved.

Certificate of Authenticity for Web Leads  Retained

Certificate     Session Replay     Event Log     History

# Event Log

Certificate ID: b29936bcb802cff920cadec8a763e0944eb725a4

Showing **142** Events

| Date/Timestamp ▼ | Event |
| --- | --- |
| 2025/02/11 04:26:48 | resized the window |
| 2025/02/11 04:26:48 | resized the window |
| 2025/02/11 04:26:48 | submitted form |
| 2025/02/11 04:26:48 | clicked on [Click To See Your Results  <i class="far fa-arrow-alt-circle-right"></i>] |
| 2025/02/11 04:26:48 | submitted form |
| 2025/02/11 04:26:38 | changed value to '(641) 347-2682' in [phone] |
| 2025/02/11 04:26:36 | changed value to '(641) 347-268' in [phone] |
| 2025/02/11 04:26:36 | changed value to '(641) 347-26' in [phone] |
| 2025/02/11 04:26:33 | changed value to '(641) 347-2' in [phone] |
| 2025/02/11 04:26:31 | changed value to '(641) 347' in [phone] |
| 2025/02/11 04:26:30 | changed value to '(641) 34' in [phone] |
| 2025/02/11 04:26:29 | changed value to '(641) 3' in [phone] |
| 2025/02/11 04:26:23 | changed value to '(641' in [phone] |
| 2025/02/11 04:26:22 | changed value to '(64' in [phone] |
| 2025/02/11 04:26:22 | changed value to '(6' in [phone] |
| 2025/02/11 04:26:15 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:15 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:15 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |

| | | |
|---|---|---|
| 2025/02/11 | 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:26:01 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:52 | changed value to '(641) -3472' in [phone] |
| 2025/02/11 | 04:25:36 | changed value to '(641) -347' in [phone] |
| 2025/02/11 | 04:25:36 | changed value to '(' in [phone] |
| 2025/02/11 | 04:25:35 | changed value to '(641' in [phone] |
| 2025/02/11 | 04:25:34 | changed value to '(64' in [phone] |
| 2025/02/11 | 04:25:33 | changed value to '(6' in [phone] |
| 2025/02/11 | 04:25:32 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:30 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:25:21 | changed value to '(347' in [phone] |
| 2025/02/11 | 04:25:21 | changed value to '(34' in [phone] |
| 2025/02/11 | 04:25:20 | changed value to '(3' in [phone] |
| 2025/02/11 | 04:25:15 | resized the window |
| 2025/02/11 | 04:25:15 | clicked on [phone] |
| 2025/02/11 | 04:25:07 | resized the window |
| 2025/02/11 | 04:25:07 | resized the window |
| 2025/02/11 | 04:25:07 | resized the window |
| 2025/02/11 | 04:25:07 | submitted form |
| 2025/02/11 | 04:25:07 | clicked on [Click To See Your Results  <i class="far fa-arrow-alt-circle-right"></i>] |

| | | |
|---|---|---|
| 2025/02/11 | 04:24:58 | changed value to '' in [phone] |
| 2025/02/11 | 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:24:48 | changed value to '(641) -3472' in [phone] |
| 2025/02/11 | 04:24:39 | resized the window |
| 2025/02/11 | 04:24:38 | clicked on [phone] |
| 2025/02/11 | 04:24:34 | resized the window |
| 2025/02/11 | 04:24:34 | opted in on [iagree] |
| 2025/02/11 | 04:24:34 | submitted form |
| 2025/02/11 | 04:24:22 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:24:04 | changed value to '(641) -3472' in [phone] |
| 2025/02/11 | 04:23:49 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:23:35 | changed value to '(641) -3472' in [phone] |
| 2025/02/11 | 04:23:08 | changed value to '(641) -347' in [phone] |
| 2025/02/11 | 04:23:06 | changed value to '(641' in [phone] |
| 2025/02/11 | 04:23:04 | changed value to '(64' in [phone] |
| 2025/02/11 | 04:23:03 | changed value to '(6' in [phone] |
| 2025/02/11 | 04:22:55 | changed value to '' in [phone] |
| 2025/02/11 | 04:22:55 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:22:55 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:22:55 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:22:55 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:22:55 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:22:55 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:22:55 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:22:54 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:22:54 | typed 'Backspace' in [phone] |
| 2025/02/11 | 04:22:54 | started typing in [phone] |
| 2025/02/11 | 04:22:49 | resized the window |
| 2025/02/11 | 04:22:49 | clicked on [phone] |
| 2025/02/11 | 04:22:46 | resized the window |
| 2025/02/11 | 04:22:29 | changed value to 'Jrblubaugh@gmail.com' in [email] |
| 2025/02/11 | 04:22:29 | changed value to '816-466-4350' in [phone] |
| 2025/02/11 | 04:22:29 | chose [m] from radio buttons [gender] |
| 2025/02/11 | 04:22:29 | changed value to '09-15-1957' in [dob] |
| 2025/02/11 | 04:22:29 | changed value to '64055' in [zip] |

| | |
|---|---|
| 2025/02/11 04:22:29 | changed value to 'Jeff' in [first] |
| 2025/02/11 04:22:25 | clicked on [email_check_btn] |
| 2025/02/11 04:22:25 | submitted form |
| 2025/02/11 04:22:23 | resized the window |
| 2025/02/11 04:22:22 | resized the window |
| 2025/02/11 04:22:22 | changed value to 'jrblubaugh@gmail.com' in [email_check] |
| 2025/02/11 04:22:22 | started typing in [email_check] |
| 2025/02/11 04:22:19 | resized the window |
| 2025/02/11 04:22:19 | resized the window |
| 2025/02/11 04:22:19 | clicked on [email_check] |
| 2025/02/11 04:22:10 | chose [education:some_college] from radio buttons [pre_reg_user_attributes[education_level]] |
| 2025/02/11 04:22:10 | clicked on [unnamed label] |
| 2025/02/11 04:21:56 | chose [marital_status:divorced] from radio buttons [pre_reg_user_attributes[marital_status]] |
| 2025/02/11 04:21:56 | clicked on [unnamed label] |
| 2025/02/11 04:21:49 | chose [unemployed] from radio buttons [pre_reg_user_attributes[employment_status]] |
| 2025/02/11 04:21:49 | clicked on [unnamed label] |
| 2025/02/11 04:21:45 | resized the window |
| 2025/02/11 04:21:34 | clicked on [pre_reg_user_attributes[housing_status]] |
| 2025/02/11 04:21:23 | certificate created |

© Copyright 2010-2024 ActiveProspect, Inc. All rights reserved.

## Certificate of Authenticity for Web Leads

 Retained

| Certificate | Session Replay | Event Log | History |
|---|---|---|---|

# History

Certificate ID: b29936bcb802cff920cadec8a763e0944eb725a4

### February 11, 2025, 4:27:59 AM CST

| | |
|---|---|
| Age: | 1 minute, 10 seconds |
| Reference: | 1739269679 |
| Vendor: | Acme Co. |
| Share URL: | https://cert.trustedform.com/b29936bck    Copy Link |

© Copyright 2010-2024 ActiveProspect, Inc. All rights reserved.

# REQUEST FOR PTC

**Phone: (641) 347-2682**

<u>Form/Transfer Data</u>

 jeff blubaugh
6413472682
Posted
jrblubaugh@gmail.com
♀ Show Map

( + Add Tag )

| Summary | Details | Touchpoints | Comments | ✉ | 📢 | 📇 | 🗔 | 👤 | 🏢 | 💼 |

## Key Fields

| | |
|---|---|
| First Name | jeff |
| Last Name | blubaugh |
| Medicaid \| State Assistance | |
| Date of Birth | 09-15-1957 |
| Appointment Date | |
| Appointment Time | |
| Lead Number | LEA18917411 |
| Round Robin Policy | |
| Street | 9601 e us highway 40. |
| City | Independence |
| State | MO |
| Postal Code | 64055  |
| IP Address | 2600:100a:b032:8984:0:1e:d7e5:d301 |
| External Lead ID | |
| Lead From Created Time | 2024-09-10 01:21:37 |
| Jornaya LeadID | DF22026D-A494-20C0-80FD-6CCB781E765A |
| CMG Campaign ID | zot-mapd-var1 |
| CMG Camp-Sub ID | 5c2017be5523bd9bcc83785d9de7414d |

# REQUEST FOR PTC

## Creative Opt-in



Sponsored Ad





YES

NO

### Are You Covered by Medicare?

Discover if You Qualify for Additional Benefits Today!

By clicking "Yes", I provide my express written consent via this web form to initiate a chat interaction for a licensed sales agent associated with Innovative Financial Group to contact me at (555) 555-5555 , even if the phone number provided is on the National Do Not Call registry, regarding products or services, including Medicare Supplement, Medicare Advantage, Prescription Drug Insurance plans, and other health-related services. I consent to being contacted via a live automated dialing system, telephone call or email. I understand this request has been initiated by me and that this is an unscheduled contact request where I am requesting information immediately. I understand my telephone company may impose charges on me for these contacts and am not required to enter into this agreement as a condition of any purchase or service. I further understand that this request, initiated by me, is my affirmative consent to be contacted, which is in compliance with all federal and state telemarketing and Do-Not-Call laws. I acknowledge that I am not providing specific health information through this form. Licensed Sales Agents are not connected with or endorsed by the U.S. government or the federal Medicare program. I agree to the Privacy Policy and Terms and Conditions. Please note this is a solicitation for insurance. There is no obligation to enroll. Participating sales agencies represent Medicare Advantage, HMO, PPO, and PFFS organizations and stand-alone PDP prescription drug plans that are contracted with Medicare. Enrollment depends on the plan's contract renewal. Enrollment in the described plan type may be limited to certain times of the year unless you qualify for Special Enrollment Period.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

JEFFREY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,

      Plaintiffs,

vs.

EVERYTHING HEALTH INVESTMENTS, LLC,

      Defendant.

Case No: 4:25-cv-00527

## DEFENDANT'S NOTICE OF FILING EXHIBIT

Exhibit B to <u>Defendant's Combined Motion for Summary Judgment and Suggestions in Support or, in the Alternative, Motion to Strike Class Allegations.</u>

(title of document)

I certify that within 24 hours of filing of this Notice, I will file and serve a flash drive of the exhibits with the Clerk's Office via US Mail.

Respectfully submitted,

**HINSHAW & CULBERTSON, LLP**

By: */s/ James M. Brodzik*
James M. Brodzik, #66700
Joshua C. Hinkle, #72845
701 Market Street, Suite 260
St. Louis, MO 63101
P: 314-241-2600, F: 314-241-7428
jbrodzik@hinshawlaw.com
jhinkle@hinshawlaw.com

Attorneys for Defendant
EVERYTHING HEALTH INVESTMENTS, LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices, on this 18th day of March, 2026.

*/s /James M. Brodzik*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| JEFFREY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>EVERYTHING HEALTH INVESTMENTS, LLC,<br><br>        Defendant. | Case No: 4:25-cv-00527 |

## DEFENDANT'S NOTICE OF FILING EXHIBIT

Exhibit C to <u>Defendant's Combined Motion for Summary Judgment and Suggestions in Support or, in the Alternative, Motion to Strike Class Allegations.</u>
(title of document)

I certify that within 24 hours of filing of this Notice, I will file and serve a flash drive of the exhibits with the Clerk's Office via US Mail.

Respectfully submitted,

**HINSHAW & CULBERTSON, LLP**

By: */s/ James M. Brodzik*
James M. Brodzik, #66700
Joshua C. Hinkle, #72845
701 Market Street, Suite 260
St. Louis, MO 63101
P: 314-241-2600, F: 314-241-7428
jbrodzik@hinshawlaw.com
jhinkle@hinshawlaw.com

Attorneys for Defendant
EVERYTHING HEALTH INVESTMENTS, LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices, on this 18th day of March, 2026.

*/s /James M. Brodzik*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

JEFFREY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,

      Plaintiffs,

vs.

EVERYTHING HEALTH INVESTMENTS, LLC,

      Defendant.

Case No: 4:25-cv-00527

## DEFENDANT'S NOTICE OF FILING EXHIBIT

Exhibit D to <u>Defendant's Combined Motion for Summary Judgment and Suggestions in Support or, in the Alternative, Motion to Strike Class Allegations.</u>
(title of document)

I certify that within 24 hours of filing of this Notice, I will file and serve a flash drive of the exhibits with the Clerk's Office via US Mail.

Respectfully submitted,

**HINSHAW & CULBERTSON, LLP**

By: */s/ James M. Brodzik*
James M. Brodzik, #66700
Joshua C. Hinkle, #72845
701 Market Street, Suite 260
St. Louis, MO 63101
P: 314-241-2600, F: 314-241-7428
jbrodzik@hinshawlaw.com
jhinkle@hinshawlaw.com

Attorneys for Defendant
EVERYTHING HEALTH INVESTMENTS, LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices, on this 18th day of March, 2026.

/s /James M. Brodzik

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| JEFFREY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>EVERYTHING HEALTH INVESTMENTS, LLC,<br><br>    Defendant. | Case No: 4:25-cv-00527 |

## DEFENDANT'S COMBINED MOTION FOR SUMMARY JUDGMENT AND SUGGESTIONS IN SUPPORT OR, IN THE ALTERNATIVE, MOTION TO STRIKE CLASS ALLEGATIONS

Everything Health Investments, LLC ("Defendant") by and through undersigned counsel, respectfully moves this Court for summary judgment in its favor pursuant to Federal Rule of Civil Procedure 56, or, in the alternative, to strike Plaintiff Jeffrey Blubaugh's class allegations pursuant to Federal Rule of Civil Procedure 12(f). In support of this Motion, Defendant states as follows:

### INTRODUCTION

Plaintiff Jeffrey Blubaugh alleges that Defendant violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 et seq., by placing telemarketing calls to him without his consent. But the undisputed evidence demonstrates that Mr. Blubaugh provided his prior express written consent to receive precisely the type of marketing calls at issue in this litigation on no less than four separate occasions. Defendant has produced documentary evidence of four separate consent forms signed by Plaintiff, each authorizing marketing communications to his telephone number.

1

Plaintiff Jeffrey Blubaugh has filed multiple TCPA claims and his attorneys have filed hundreds of similar lawsuits. These are sophisticated professional plaintiffs and they are certainly aware that prior express consent is a complete defense to TCPA liability. However, they have not provided any response regarding the existence of the consents, despite multiple requests. Nonetheless, in light of the facts presented, Plaintiff's claims fail and summary judgment should be granted in Defendant's favor.

Moreover, even if the Court were to find a genuine dispute as to Plaintiff's consent, Plaintiff would be an inadequate and atypical class representative such that he presents unique, not common claims and defenses. The individualized inquiry required to investigate his unique consent circumstances demonstrates that common questions do not predominate over individual issues, rendering class certification impossible. The class allegations should be stricken.

## UNDISPUTED STATEMENT OF MATERIAL FACTS

1. On July 10, 2025, Plaintiff filed this putative class action alleging that Everything Health sent telemarketing calls promoting goods and services, including calls using pre-recorded messages and calls to numbers on the National Do Not Call Registry.

2. Everything Health Investments, LLC is a healthcare marketing company that provides marketing products. See Declaration of Eric Bernstein, attached hereto as Exhibit A.

3. Everything Health engages with third-party vendors to obtain leads for individuals who have expressed interest in Everything Health's products. Ex. A.

4. The leads used are verified by neutral-third parties which provide lead verification services. Ex. A.

2

99224\328640959.v1

Case 4:25-cv-00527-FJG    Document 17    Filed 03/18/26    Page 2 of 14
Case 4:25-cv-00527-FJG    Document 18    Filed 03/24/26    Page 42 of 80

5. Plaintiff alleges he received six calls from Everything Health from July 15, 2024 to March 21, 2025.

6. Plaintiff claims he never consented to receive calls from Everything Health.

7. However, Plaintiff Jeffrey Blubaugh consented to be contacted by Defendant on at least four occasions. Ex. A.

8. The first consent was given on October 10, 2023. Ex. A.

9. This consent was verified by Verisk Marketing Solutions. Ex. A.

10. Mr. Blubaugh provided his name, "Jeff Blubaugh," his telephone number ending in 2682, and his email, "jrblubaugh@gmail.com."

11. The consent included TCPA disclosure statements, including:

I AGREE TO & UNDERSTAND THE DATA POLICIES THAT GOVERN THIS SITE, HOW MY DATA IS USED, DISCLOSED AND SHARED & WHAT I GET AS A USER

BY SUBMITTING THIS FORM I AGREE TO THE PRIVACY POLICIES, TERMS & CONDITIONS AND DATA COLLECTION PRACTICES OF ONLYGREATJOBS.COM & THEIR MARKETING PARTNERS AND AGREE TO RECEIVE EMAIL FROM THEM. SKIP HERE

BY CLICKING I AGREE & CONTINUE, I CERTIFY I ENTERED MY OWN INFORMATION & I AGREE TO THE PRIVACY POLICY AND TERMS (WITH ARBITRATION AGREEMENT). I ALSO CONSENT TO YOUR AGENTS, MARKETING PARTNERS, MEDIGAP LIFE CONTACTING ME WITH MARKETING CALLS OR TEXTS AT THE PHONE NUMBER I PROVIDED REGARDLESS OF MY STATUS ON STATE OR FEDERAL DO NOT CALL LISTS, INCLUDING USING AN AUTODIALER (MSG & DATA RATES APPLY). I UNDERSTAND THESE CALLS OR TEXTS MAY INCLUDE ADS FOR SERVICES SUCH AS MEDICARE ADVANTAGE PRODUCTS. CONSENT ISN'T REQUIRED. SKIP HERE

BY CLICKING "CONTINUE", I REPRESENT THAT I AM 18+ YEARS OF AGE; I UNDERSTAND THAT THIS SITE IS PRIVATELY OWNED, NOT AFFILIATED WITH, NOR ENDORSED BY ANY GOVERNMENT AGENCY, I AGREE THAT THE PERSONAL INFORMATION PROVIDED MAY BE SHARED WITH THIRD PARTIES FOR OTHER MARKETING PURPOSES, AND AGREE TO THE PRIVACY POLICY AND TERMS OF USE; AND AGREE

3

99224\328640959.v1
Case 4:25-cv-00527-FJG    Document 17    Filed 03/18/26    Page 3 of 14
Case 4:25-cv-00527-FJG    Document 18    Filed 03/24/26    Page 43 of 80

TO RECEIVE EMAIL MARKETING FROM ONLYGREATJOBS.COM AND ITS MARKETING PARTNERS

12.     A screen recording of the video playback is attached hereto as Exhibit B.

13.     A second consent was given on March 24, 2024.

14.     This consent was verified by Verisk Marketing Solutions.  Ex. A.

15.     Mr. Blubaugh provided his name, his telephone number ending in 2682, his email, and his date of birth.

16.     The consent included TCPA disclosure statements, including:

BY CLICKING "CONTINUE", I REPRESENT THAT I AM 18+ YEARS OF AGE; I UNDERSTAND THAT THIS SITE IS PRIVATELY OWNED, NOT AFFILIATED WITH, NOR ENDORSED BY ANY GOVERNMENT AGENCY, I AGREE THAT THE PERSONAL INFORMATION PROVIDED MAY BE SHARED WITH THIRD PARTIES FOR OTHER MARKETING PURPOSES, AND AGREE TO THE PRIVACY POLICY AND TERMS AND CONDITIONS AND AGREE TO RECEIVE EMAIL MARKETING FROM HIGHERINCOMEJOBS.COM AND ITS MARKETING PARTNERS. SKIP HERE

BY CLICKING I AGREE & CONTINUE, I CERTIFY I ENTERED MY OWN INFORMATION & I AGREE TO THE PRIVACY POLICY AND TERMS (WITH ARBITRATION AGREEMENT). I ALSO CONSENT TO YOUR AGENTS, MARKETING PARTNERS, MEDIGAP LIFE CONTACTING ME WITH MARKETING CALLS OR TEXTS AT THE PHONE NUMBER I PROVIDED REGARDLESS OF MY STATUS ON STATE OR FEDERAL DO NOT CALL LISTS, INCLUDING USING AN AUTODIALER (MSG & DATA RATES APPLY). I UNDERSTAND THESE CALLS OR TEXTS MAY INCLUDE ADS FOR SERVICES SUCH AS MEDICARE ADVANTAGE PRODUCTS. CONSENT ISN'T REQUIRED.

BY CLICKING 'YES', I PROVIDE MY EXPRESS WRITTEN CONSENT VIA CHAT/WEBFORM INTERACTION FOR A LICENSED SALES AGENT ASSOCIATED WITH ALLIED INSURANCE, VINCENT CORTAZAR/MEDIGAP LIFE, 100INSURE, GO HEALTH, LLC, HEALTHPLANONE, LLC, CLEARMATCH MEDICARE, MEDICARE SOLUTIONS TO CONTACT ME AT THE NUMBER I PROVIDED, EVEN IF THE PHONE NUMBER IS ON THE NATIONAL DO NOT CALL REGISTRY, REGARDING PRODUCTS OR SERVICES, INCLUDING MEDICARE SUPPLEMENT, MEDICARE ADVANTAGE, PRESCRIPTION DRUG

4

99224\328640959.v1
Case 4:25-cv-00527-FJG     Document 17     Filed 03/18/26     Page 4 of 14
Case 4:25-cv-00527-FJG     Document 18     Filed 03/24/26     Page 44 of 80

INSURANCE PLANS, AND OTHER HEALTH-RELATED SERVICES VIA LIVE, AUTOMATED DIALING SYSTEM TELEPHONE CALL, TEXT, OR EMAIL. I UNDERSTAND THIS REQUEST IS INITIATED BY ME AND THIS IS AN UNSCHEDULED CONTACT REQUEST. I UNDERSTAND MY TELEPHONE COMPANY MAY IMPOSE CHARGES FOR THESE CONTACTS AND AM NOT REQUIRED TO ENTER INTO THIS AGREEMENT AS A CONDITION OF ANY PURCHASE OR SERVICE. I FURTHER UNDERSTAND THIS REQUEST, INITIATED BY ME, IS MY AFFIRMATIVE CONSENT TO BE CONTACTED WHICH IS IN COMPLIANCE WITH ALL FEDERAL AND STATE TELEMARKETING AND DO-NOT-CALL LAWS. LICENSED SALES AGENTS AREN'T CONNECTED WITH OR ENDORSED BY THE U.S. GOVERNMENT OR THE FEDERAL MEDICARE PROGRAM. I AGREE TO THE PRIVACY POLICY AND TERMS. THIS IS A SOLICITATION FOR INSURANCE. PARTICIPATING SALES AGENCIES REPRESENT MEDICARE ADVANTAGE [HMO, PPO AND PFFS] ORGANIZATIONS AND STAND-ALONE PDP PRESCRIPTION DRUG PLANS THAT ARE CONTRACTED WITH MEDICARE. ENROLLMENT DEPENDS ON THE PLAN'S CONTRACT RENEWAL. ENROLLMENT IN THE DESCRIBED PLAN TYPE MAY BE LIMITED TO CERTAIN TIMES OF THE YEAR UNLESS YOU QUALIFY FOR A SPECIAL ENROLLMENT PERIOD. NO OBLIGATION TO ENROLL. SCOPE OF APPOINTMENT - BY CLICKING "YES" YOU ALSO AGREE TO ALLOW ALLIED INSURANCE, VINCENT CORTAZAR/MEDIGAP LIFE, 100INSURE, GO HEALTH, LLC TO DISCUSS MEDICARE SUPPLEMENT, MEDICARE ADVANTAGE, AND STAND-ALONE PRESCRIPTION DRUG PLANS AVAILABLE IN YOUR AREA, 48 HOURS FROM OBTAINING THE SCOPE OF APPOINTMENT. YOU ARE NOT OBLIGATED TO ENROLL IN A PLAN AND AGREEING TO THIS DOES NOT AFFECT YOUR CURRENT ENROLLMENT NOR WILL IT ENROLL YOU IN A MEDICARE PLAN. YOU ALSO AGREE AND UNDERSTAND THAT YOU MAY BE ASSISTED BY AN AFFILIATED AGENT AND/OR AGENCY OF ALLIED INSURANCE, VINCENT CORTAZAR/MEDIGAP LIFE, 100INSURE, GOHEALTH, LLC. EFFECTIVE DATE: 3/24/2024 SMID MULTI-PLAN_JM0XZQDI2024_C

Ex. A.

17. A screen recording of the video playback is attached hereto as Exhibit C.

18. Mr. Blubaugh alleges he received marketing communications from Defendant on July 15, 2024 and August 14, 2024. This was after he had consented twice to receive marketing communications.

19. A third consent was given on September 10, 2024.

20. Mr. Blubaugh provided his name, "jeff blubaugh," his address, and date of birth.

5

21. The consent included TCPA disclosure statements, including:

By clicking "Yes," I provide my express written consent via this web form to initiate a chat interaction for a licensed sales agent associated with Innovative Financial Group to contact me at [telephone number], even if the phone number provided is on the National Do Not Call registry, regarding products or services, including Medicare Supplement, Medicare Advantage, Prescription Drug Insurance plans, and other health-related services. I consent to being contacted via a live automated dialing system, telephone call, or email. I understand this request has been initiated by me and that this is an unscheduled contact request where I am requesting information immediately. I understand my telephone company may impose charges on me for these contacts and am not required to enter into this agreement as a condition of any purchase or service. I further understand that this request, initiated by me, is my affirmative consent to be contacted, which is in compliance with all federal and state telemarketing and Do-Not-Call laws. I acknowledge that I am not providing specific health information through this form. Licensed Sales Agents are not connected with or endorsed by the U.S. government or the federal Medicare program. I agree to the Privacy Policy and Terms and Conditions. Please note this is a solicitation for insurance. There is no obligation to enroll. Participating sales agencies represent Medicare Advantage, HMO, PPO, and PFFS organizations and stand-alone PDP prescription drug plans that are contracted with Medicare. Enrollment depends on the plan's contract renewal. Enrollment in the described plan type may be limited to certain times of the year unless you qualify for a Special Enrollment Period.

Ex. A.

22. Plaintiff alleges he received marketing communications on January 20, 2025 and February 4, 2025. At this point he had consented to calls on three occasions.

23. A fourth consent was given on February 11, 2025.

24. This consent was verified by ActiveProspect Trusted Form. Ex. A.

25. Mr. Blubaugh provided his name, "Jeff Blubaugh," his telephone number ending in 2682, and his email, "jrblubaugh@gmail.com."

26. The consent included TCPA disclosure statements, including:

By clicking "Click To See Your Results" I give my electronic signature agreeing to the Terms, including my agreement to Arbitration of any disputes, and the Privacy Policy, and I expressly consent to be contacted via telephone using an automated telephone dialing system, pre-recorded messages, artificial voice and to receive text messages by Single Parents Alliance of America (SPAOA), Holiday Relief (HR),

6

99224\328640959.v1
Case 4:25-cv-00527-FJG     Document 17     Filed 03/18/26     Page 6 of 14
Case 4:25-cv-00527-FJG     Document 18     Filed 03/24/26     Page 46 of 80

American Hope Resources (AHR), Americas Health, Benefitlink and our Marketing Partners regarding various offers, on the number I provided. Reply HELP at any time, or STOP to opt-out. Msg & Data rates may apply. Consent is not required to use SPAOA's service and you can access content here

I confirm all my information is accurate and consent to be texted as provided below.

Ex. A.

27.     A screen recording of the video playback is attached hereto as Exhibit D.

28.     Plaintiff alleges that the last time he was called was on March 12, 2025. This was following four events in which he consented to calls.

## LEGAL STANDARD

### i. Summary Judgment Standard

Pursuant to Federal Rule of Civil Procedure 56(c), a court may grant summary judgment if the information before the court shows that there are no material issues of fact in dispute and the moving party is entitled to judgment as a matter of law. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 247 (1986). The burden of proof is on the moving party to set forth the basis of the motion. *Celotex Corp. v. Catrett*, 477 U.S. 317, 323 (1986). Once the moving party shows there are no material issues of fact in dispute, the burden shifts to the adverse party to set forth facts showing there is a genuine issue for trial. *Matsushita Elec. Indus. Co. v. Zenith Radio*, 475 U.S. 574, 587 (1986).

### ii. Standard for Striking Class Allegations

Under Rule 12(f) of the Federal Rules of Civil Procedure, "[t]he [C]ourt may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). "Judges enjoy liberal discretion to strike pleadings under Rule 12(f)." *Donelson v. Ameriprise Fin. Servs., Inc.*, 999 F.3d 1080, 1091 (8th Cir. 2021) (quoting *BJC Health Sys. v. Columbia Cas. Co.*, 478 F.3d 908, 917 (8th Cir. 2007)). A district court may grant a motion

99224\328640959.v1
Case 4:25-cv-00527-FJG     Document 17     Filed 03/18/26     Page 7 of 14
Case 4:25-cv-00527-FJG     Document 18     Filed 03/24/26     Page 47 of 80

to strike class-action allegations prior to the filing of a motion for class-action certification. *Id.* at 1092. Where it is clear from the face of the pleadings that class certification would be impossible, courts may appropriately strike class allegations at the pleading stage because allowing meritless class claims to remain in the complaint introduces irrelevant matter and unfairly burdens defendants with having to defend against claims that cannot ultimately succeed. *Id.* at 1091–92.

## ARGUMENT

### *i. Plaintiff's Prior Written Consent Defeat His Claims*

In relevant part, the TCPA makes it unlawful for a person: "(A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice ... to any telephone number assigned to a ... cellular telephone service ...." 47 U.S.C. § 227(b)(1)(A). Section 227(b)(1)(A) carves out an exception to its prohibition on robocalls to cellular phones for those calls made with the recipient's "prior express consent." Thus, there is no violation of the TCPA if the called party provided his or her express consent to receive auto-dialed or prerecorded message calls on his or her cellular phone.

The FCC has clarified that "persons who knowingly release their phone numbers have in effect given their invitation or permission to be called at the number which they have given, absent instructions to the contrary." *In re* Rules & Regulations Implementing the Telephone Consumer Protection Act of 1991, 7 F.C.C.R. 8752, 8769 (Oct. 16, 1992). Thus, a telemarketer does not violate the TCPA "by calling a number which was provided as one at which the called party wishes to be reached." *Id.*

For telemarketing calls to cell phones, the FCC has promulgated regulations defining the consent required. The express written consent must include "a clear and conspicuous disclosure

99224\328640959.v1
Case 4:25-cv-00527-FJG    Document 17    Filed 03/18/26    Page 8 of 14
Case 4:25-cv-00527-FJG    Document 18    Filed 03/24/26    Page 48 of 80

informing the person signing that, by executing the agreement, such person authorizes the seller to deliver or cause to be delivered to the signatory telemarketing calls using an automatic telephone dialing system . . . and the person is not required to sign the agreement (directly or indirectly) or agree to enter into such an agreement as a condition of purchasing any property, goods, or services." 47 C.F.R. § 64.1200(f)(8)(i); *see also Oliver v. TTC-Ameridial, LLC*, 2018 U.S. Dist. LEXIS 39748, at *4–5 (N.D. Ill. Mar. 12, 2018).

Despite his claim to the contrary, Plaintiff did in fact consent to receive calls from Defendant. Defendant produced in discovery four separate written consent forms bearing Plaintiff's information, each demonstrating his prior express written consent to receive marketing calls, including calls to numbers on the Do Not Call Registry and calls using automated dialing systems or prerecorded messages. The consents were given over the course of sixteen months, with the first being given on October 10, 2023 and the most recent consent being given on February 11, 2025.

The undisputed evidence before this Court demonstrates that Plaintiff Jeffrey Blubaugh provided his prior express written consent to receive the marketing calls at issue. Defendant produced four consent forms showing that Plaintiff (1) provided his phone number voluntarily (the verified lead event data confirms that Plaintiff entered his own phone number ending in 2682 into web forms on multiple occasions); (2) was presented with clear and conspicuous TCPA disclosures; (3) expressly consented to calls regardless of Do Not Call status; and (4) affirmatively clicked to consent.

Courts have consistently granted summary judgment for defendants in TCPA cases where the plaintiff provided consent through web forms containing compliant TCPA disclosures. In *Oliver*, the court granted summary judgment where the plaintiff entered her contact information

9

into a website that contained the disclosure: "By checking this box, I expressly agree to receive marketing phone calls, text or SMS messages, or emails, from online-edu-help.com or Marketing Partners at any phone number I provide, even if the number is a wireless number . . . I understand that such calls may be placed using automatic dialing equipment or pre-recorded messages, and that I am not required to check this box to purchase any goods or services." 2018 U.S. Dist. LEXIS 39748, at *3–4. The court found this consent sufficient and entered judgment for the defendant. *Id.* at *9.

Similarly, in *Elkins v. Medco Health Solutions, Inc.*, the court granted summary judgment for the defendant, finding that the plaintiff's TCPA claim was "barred because she gave her express prior consent to be called at the number she provided when she gave that number at the time of enrollment as her number for contact." 2014 U.S. Dist. LEXIS 57633 (E.D. Mo. Apr. 25, 2014) at *5. The court rejected the plaintiff's contention that she could not provide consent because she never actually reviewed the documents and agreements at the time of enrollment. *Id.* at *6.

In *Baird v. Sabre, Inc.*, 995 F. Supp. 2d 1100, the plaintiff provided her contact information and consent to communications through an online web portal during the process of purchasing airline tickets through Hawaiian Airlines. Defendant Sabre, Inc. was a third-party which contracted with Hawaiian Airlines to provide flight notifications. The court held that Sabre, Inc's communications with the plaintiff were consented to when she provided her telephone number through the web portal.

The same result is warranted here. Like the plaintiffs in *Oliver* and *Elkins*, Mr. Blubaugh voluntarily provided his telephone number through web forms containing clear and conspicuous TCPA disclosures. He affirmatively clicked to consent to receive marketing calls via automated dialing systems and prerecorded messages, including calls to numbers on the Do Not Call Registry.

10

The documentary evidence of his consent is clear and unrebutted. Summary judgment is therefore appropriate on Plaintiff's individual claims.

### ii. Alternatively, The Class Allegations Should be Stricken Because Plaintiff is an Inadequate Class Representative and Individualized Consent Issues Preclude Class Certification

Despite requests from Defendant, Plaintiff has not yet explained why these consents do not apply to these claims, do Defendant does not yet know what is Plaintiff's position. That said, even if this Court determines that a genuine dispute exists as to Plaintiff's consent (because, for example, he presents evidence that someone else provided his number), the class allegations must be stricken because Plaintiff cannot adequately represent a class of individuals similarly situated to him. Further, the resulting individualized nature of the consent inquiry defeats commonality, typicality, adequacy, and predominance under Rule 23.

Rule 23(a)(3) requires that "the claims or defenses of the representative parties are typical of the claims or defenses of the class." Rule 23(a)(4) requires that "the representative parties will fairly and adequately protect the interests of the class." Plaintiff cannot satisfy either requirement. The very existence of multiple documented consents bearing his information makes him unlike the putative class members who allegedly received calls without consent. The unique circumstances surrounding his alleged consent, including multiple web forms, verified lead events with his personal data, and session replays showing his active participation, require an intensely individualized inquiry that is atypical of claims that might be brought by other class members.

Additionally, Courts have held that where consent is at issue in TCPA cases, class certification is inappropriate because consent must be independently assessed for each putative class member. In *Ung v. Universal Acceptance Corp.*, the court denied class certification, finding that "individualized inquiries on the issue of consent to calls could not be resolved across the class with common evidence." 319 F.R.D. 537, 540–41 (D. Minn. 2017). The court found that liability

11

for each class member would depend upon whether the class member provided consent and therefore concluded that "the circumstances surrounding consent are not 'susceptible to generalized, class-wide proof.'" *Id.* at 541. Class certification would be inappropriate under such circumstances, as common questions would not predominate over individual ones. *Id.*

Similarly, in *Newhart v. Quicken Loans, Inc.*, the court denied class certification where "consent simply could not be resolved across the class with common evidence" because individuals had provided consent through various means. 2016 U.S. Dist. LEXIS 168721 (S.D. Fla. Oct. 13, 2016). The court noted that *Newhart* "joined a 'chorus' of other courts 'faced with TCPA class actions that have found such individualized inquiries on the consent issue' precluded class certification." *Id.*

Common questions do not predominate individual questions in this case. Rule 23(b)(3) requires that "questions of law or fact common to class members predominate over any questions affecting only individual members." The consent issue defeats predominance because each putative class member's consent (or lack thereof) must be individually examined.

For these reasons, the class allegations should be stricken here. Everything Health conducts telemarketing through lead generation services that obtain consumer consent through web forms. Determining whether any given putative class member provided consent would require examining: (1) whether the individual submitted a web form; (2) whether the web form contained a compliant TCPA disclosure; (3) whether the individual affirmatively clicked to consent; (4) the scope of the consent provided; and (5) whether the consent was later revoked. These individualized inquiries overwhelm any common questions.

## CONCLUSION

99224\328640959.v1

In sum, this case fails at every level. On the merits, Plaintiff's individual claims are defeated by uncontested documentary evidence establishing that he provided his prior express written consent to receive the very calls he now complains about. He provided consent multiple times through verified web forms containing clear and conspicuous TCPA disclosures. Defendant produced four separate consent records, each bearing Plaintiff's personal information and telephone number, each containing compliant disclosure language, and each showing Plaintiff's affirmative act of clicking to consent.

In the alternative, his class allegations must still be stricken. Plaintiff is an atypical and inadequate representative for a class of individuals who allegedly never consented at all. Class certification is impossible under these circumstances.

WHEREFORE, Defendant Everything Health Investments, LLC respectfully requests that this Court grant summary judgment Defendant's favor on all of Plaintiff's individual claims; or in the alternative, strike Plaintiff's class allegations, and for any such further relief this Court deems just and proper.

Respectfully submitted,

**HINSHAW & CULBERTSON, LLP**

By: /s/ James M. Brodzik
James M. Brodzik, #66700
Joshua C. Hinkle, #72845
701 Market Street, Suite 260
St. Louis, MO 63101
P: 314-241-2600
F: 314-241-7428
jbrodzik@hinshawlaw.com
jhinkle@hinshawlaw.com

Attorneys for Defendant
EVERYTHING HEALTH INVESTMENTS,

13

99224\328640959.v1
Case 4:25-cv-00527-FJG    Document 17    Filed 03/18/26    Page 13 of 14
Case 4:25-cv-00527-FJG    Document 18    Filed 03/24/26    Page 53 of 80

LLC

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices, on this 18th day of March, 2026.

*/s /James M. Brodzik*

14

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

JEFFREY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiffs,

vs.

EVERYTHING HEALTH INVESTMENTS, LLC,

Defendant.

Case No: 4:25-cv-00527

## DECLARATION OF ERIC BERNSTEIN IN SUPPORT OF COMBINED MOTION FOR SUMMARY JUDGMENT AND SUGGESTIONS IN SUPPORT, OR IN THE ALTERNATIVE, MOTION TO STRIKE CLASS ALLEGATIONS

I, Eric Bernstein, declare as follows:

1.     I am the managing partner of Everything Health Investments, LLC ("Everything Health").  Everything Health is a health insurance distribution platform that provides health insurance products to assist senior citizens.

2.     Everything Health engages with third-party vendors to obtain leads for individuals who have expressed interest in Everything Health's products.

3.     The leads used are verified as accurate by neutral-third parties which provide lead verification services.

4.     I have reviewed the Petition of Jeffrey Blubaugh in the above-captioned matter. Mr. Blubaugh consented to receive communications from Everything Health on multiple occasions including October 10, 2023; March 24, 2024; September 10, 2024; and February 11, 2025.

5.     True and accurate copies Mr. Blubaugh's Permissions to Contact ("PTC") are attached hereto as Exhibit A. According to the PTCs, Mr. Blubaugh chose to provide his name,

1

**EXHIBIT A**

email, address, date of birth, and telephone number, and he consented to marketing communications from Everything Health.

6. True and accurate screen recordings of the video playbacks of the PTC events provided by the neutral-third parties are attached hereto as Exhibit B, C, and D.

7. Everything Health does not send wireless spam messages, bulk marketing messages, and/or unauthorized advertisements to individuals. Instead, Everything Health directs calls regarding healthcare products to individuals who have expressed interest and consented to be contacted.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct and that this Declaration was executed on March 17, 2026 in West Seneca, New York.

DocuSigned by:

*E.B.*

F26DC387D3E0482...

Eric Bernstein

2

99224\328624244.v1
Case 4:25-cv-00527-FJG    Document 17-1    Filed 03/18/26    Page 2 of 20
Case 4:25-cv-00527-FJG    Document 18    Filed 03/24/26    Page 56 of 80



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Verisk Marketing Solutions ("VMS"), formerly dba Jornaya, hereunder - including, e.g., the Verisk Marketing Solutions Website, TCPA Guardian, Visual Playback, and the processes used by Verisk Marketing Solutions in providing the service - are the exclusive property of Verisk Marketing Solutions and its licensors. Verisk Marketing Solutions' Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using the service and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Verisk Marketing Solutions' express prior written approval.



# Guardian TCPA Report

**Prepared for Aragon Advertising LLC**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Verisk Marketing Solutions?**

Verisk Marketing Solutions provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Verisk Marketing Solutions' technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Verisk Marketing Solutions' Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Verisk Marketing Solutions does not buy or sell leads; we help to verify what happened at the lead event.

**How does Verisk Marketing Solutions help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center. Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?



## Lead Event Information:

| | |
|---|---|
| Universal LeadiD | 470259B5-E004-1B75-0750-FF47575FBFFE |
| Event Date | 03/24/2024 |
| Event Time | 04:09:40 PM EDT |
| IP Address | 70.118.232.83 |

## Disclosure Information:

| | |
|---|---|
| Query Date | 07/23/2025 |
| Query Time | 05:53:22 PM EDT |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING "CONTINUE", I REPRESENT THAT I AM 18+ YEARS OF AGE; I UNDERSTAND THAT THIS SITE IS PRIVATELY OWNED, NOT AFFILIATED WITH, NOR ENDORSED BY ANY GOVERNMENT AGENCY, I AGREE THAT THE PERSONAL INFORMATION PROVIDED MAY BE SHARED WITH THIRD PARTIES FOR OTHER MARKETING PURPOSES, AND AGREE TO THE PRIVACY POLICY AND TERMS AND CONDITIONS AND AGREE TO RECEIVE EMAIL MARKETING FROM HIGHERINCOMEJOBS.COM AND ITS MARKETING PARTNERS. SKIP HERE |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING I AGREE & CONTINUE, I CERTIFY I ENTERED MY OWN INFORMATION & I AGREE TO THE PRIVACY POLICY AND TERMS (WITH ARBITRATION AGREEMENT). I ALSO CONSENT TO YOUR AGENTS, MARKETING PARTNERS, MEDIGAP LIFE CONTACTING ME WITH MARKETING CALLS OR TEXTS AT THE PHONE NUMBER I PROVIDED REGARDLESS OF MY STATUS ON STATE OR FEDERAL DO NOT CALL LISTS, INCLUDING USING AN AUTODIALER (MSG & DATA RATES APPLY). I UNDERSTAND THESE CALLS OR TEXTS MAY INCLUDE ADS FOR SERVICES SUCH AS MEDICARE ADVANTAGE PRODUCTS. CONSENT ISN'T REQUIRED. |
| Labeled TCPA Disclosure Statement captured at the lead event: | NO LABEL TEXT FOUND |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY DO NOT DISTRIBUTE FOR INTENDED PARTIES ONLY

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING "YES", I PROVIDE MY EXPRESS WRITTEN CONSENT VIA CHAT/WEBFORM INTERACTION FOR A LICENSED SALES AGENT ASSOCIATED WITH ALLIED INSURANCE, VINCENT CORTAZAR/MEDIGAP LIFE, 100INSURE, GO HEALTH, LLC, HEALTHPLANONE, LLC, CLEARMATCH MEDICARE, MEDICARE SOLUTIONS TO CONTACT ME AT THE NUMBER I PROVIDED, EVEN IF THE PHONE NUMBER IS ON THE NATIONAL DO NOT CALL REGISTRY, REGARDING PRODUCTS OR SERVICES, INCLUDING MEDICARE SUPPLEMENT, MEDICARE ADVANTAGE, PRESCRIPTION DRUG INSURANCE PLANS, AND OTHER HEALTH-RELATED SERVICES VIA LIVE, AUTOMATED DIALING SYSTEM TELEPHONE CALL, TEXT, OR EMAIL. I UNDERSTAND THIS REQUEST IS INITIATED BY ME AND THIS IS AN UNSCHEDULED CONTACT REQUEST. I UNDERSTAND MY TELEPHONE COMPANY MAY IMPOSE CHARGES FOR THESE CONTACTS AND AM NOT REQUIRED TO ENTER INTO THIS AGREEMENT AS A CONDITION OF ANY PURCHASE OR SERVICE. I FURTHER UNDERSTAND THIS REQUEST, INITIATED BY ME, IS MY AFFIRMATIVE CONSENT TO BE CONTACTED WHICH IS IN COMPLIANCE WITH ALL FEDERAL AND STATE TELEMARKETING AND DO-NOT-CALL LAWS. LICENSED SALES AGENTS AREN'T CONNECTED WITH OR ENDORSED BY THE U.S. GOVERNMENT OR THE FEDERAL MEDICARE PROGRAM. I AGREE TO THE PRIVACY POLICY AND TERMS. THIS IS A SOLICITATION FOR INSURANCE. PARTICIPATING SALES AGENCIES REPRESENT MEDICARE ADVANTAGE [HMO, PPO AND PFFS] ORGANIZATIONS AND STAND-ALONE PDP PRESCRIPTION DRUG PLANS THAT ARE CONTRACTED WITH MEDICARE. ENROLLMENT DEPENDS ON THE PLAN'S CONTRACT RENEWAL. ENROLLMENT IN THE DESCRIBED PLAN TYPE MAY BE LIMITED TO CERTAIN TIMES OF THE YEAR UNLESS YOU QUALIFY FOR A SPECIAL ENROLLMENT PERIOD. NO OBLIGATION TO ENROLL. SCOPE OF APPOINTMENT - BY CLICKING "YES" YOU ALSO AGREE TO ALLOW ALLIED INSURANCE, VINCENT CORTAZAR/MEDIGAP LIFE, 100INSURE, GO HEALTH, LLC TO DISCUSS MEDICARE SUPPLEMENT, MEDICARE ADVANTAGE, AND STAND-ALONE PRESCRIPTION DRUG PLANS AVAILABLE IN YOUR AREA, 48 HOURS FROM OBTAINING THE SCOPE OF APPOINTMENT. YOU ARE NOT OBLIGATED TO ENROLL IN A PLAN AND AGREEING TO THIS DOES NOT AFFECT YOUR CURRENT ENROLLMENT NOR WILL IT ENROLL YOU IN A MEDICARE PLAN. YOU ALSO AGREE AND UNDERSTAND THAT YOU MAY BE ASSISTED BY AN AFFILIATED AGENT AND/OR AGENCY OF ALLIED INSURANCE, VINCENT CORTAZAR/MEDIGAP LIFE, 100INSURE, GO HEALTH, LLC. EFFECTIVE DATE: 3/24/2024 SMID MULTI-PLAN_JM0XZQDI2024_C |



**Visual Playback Link:**

https://vp.leadid.com/playback/470259B5-E004-1B75-0750-FF47575FBFFE/1753307602.1674?key=1711310995736

CONFIDENTIAL & PROPRIETARY

INFORMATION PURPOSES ONLY DO NOT DISTRIBUTE OR INTENDED PARTIES EFP-000005



**Verisk™ | Marketing Solutions**

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Verisk Marketing Solutions ("VMS"), formerly dba Jornaya, hereunder - including, e.g., the Verisk Marketing Solutions Website, TCPA Guardian, Visual Playback, and the processes used by Verisk Marketing Solutions in providing the service - are the exclusive property of Verisk Marketing Solutions and its licensors. Verisk Marketing Solutions' Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using the service and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Verisk Marketing Solutions' express prior written approval.



## Guardian TCPA Report

**Prepared for Aragon Advertising LLC**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Verisk Marketing Solutions?**

Verisk Marketing Solutions provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Verisk Marketing Solutions' technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Verisk Marketing Solutions' Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Verisk Marketing Solutions does not buy or sell leads; we help to verify what happened at the lead event.

**How does Verisk Marketing Solutions help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center, Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATION FOR PURPOSES ONLY DO NOT DISTRIBUTE INTENDED Page 9 ESH000007



## Lead Event Information:

| | |
|---|---|
| Universal LeadiD | AF8A4726-F20F-73B5-D119-3FFE98185760 |
| Event Date | 10/10/2023 |
| Event Time | 03:03:27 PM EDT |
| IP Address | 174.250.192.19 |

## Disclosure Information:

| | |
|---|---|
| Query Date | 10/10/2023 |
| Query Time | 03:07:11 PM EDT |
| Labeled TCPA Disclosure Statement captured at the lead event: | I AGREE TO & UNDERSTAND THE DATA POLICIES THAT GOVERN THIS SITE, HOW MY DATA IS USED, DISCLOSED AND SHARED & WHAT I GET AS A USER |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY SUBMITTING THIS FORM I AGREE TO THE PRIVACY POLICIES, TERMS & CONDITIONS AND DATA COLLECTION PRACTICES OF ONLYGREATJOBS.COM & THEIR MARKETING PARTNERS AND AGREE TO RECEIVE EMAIL FROM THEM. SKIP HERE |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING I AGREE & CONTINUE, I CERTIFY I ENTERED MY OWN INFORMATION & I AGREE TO THE PRIVACY POLICY AND TERMS (WITH ARBITRATION AGREEMENT). I ALSO CONSENT TO YOUR AGENTS, MARKETING PARTNERS, MEDIGAP LIFE CONTACTING ME WITH MARKETING CALLS OR TEXTS AT THE PHONE NUMBER I PROVIDED REGARDLESS OF MY STATUS ON STATE OR FEDERAL DO NOT CALL LISTS, INCLUDING USING AN AUTODIALER (MSG & DATA RATES APPLY). I UNDERSTAND THESE CALLS OR TEXTS MAY INCLUDE ADS FOR SERVICES SUCH AS MEDICARE ADVANTAGE PRODUCTS. CONSENT ISN'T REQUIRED. SKIP HERE |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING "CONTINUE", I REPRESENT THAT I AM 18+ YEARS OF AGE; I UNDERSTAND THAT THIS SITE IS PRIVATELY OWNED, NOT AFFILIATED WITH, NOR ENDORSED BY ANY GOVERNMENT AGENCY, I AGREE THAT THE PERSONAL INFORMATION PROVIDED MAY BE SHARED WITH THIRD PARTIES FOR OTHER MARKETING PURPOSES, AND AGREE TO THE PRIVACY POLICY AND TERMS OF USE; AND AGREE TO RECEIVE EMAIL MARKETING FROM ONLYGREATJOBS.COM AND ITS MARKETING PARTNERS |



| Contributed Data | Data Provided by the Verisk Marketing Solutions Client ("Contributed Data") for Verification | Verified by the Verisk Marketing Solutions Service |
|---|---|---|
| First Name | Jeff | Yes |
| Last Name | Blubaugh | Yes |
| Phone 1 | 6413472682 | Yes |
| Email | jrblubaugh@gmail.com | Yes |

This table is a summary of the fields and associated values provided by a Verisk Marketing Solutions client for verification by Guardian. Guardian captures data associated with the interactions the consumer took with each listed field and if applicable, the data the consumer entered into those fields, and encrypts the captured data entered by the consumer using a secure one-way hashing methodology. When a client purchases a lead from a lead seller with a unique Universal LeadiD associated with that lead, and proactively provides certain data associated with the lead ("Contributed Data") for which verification is requested, Guardian is able to verify if that Contributed Data matched to the encrypted, hashed value of the data that Guardian captured from the original lead event. This provides a client with verification that certain Contributed Data values were entered by the consumer at the original lead event. Data can be verified in the following ways: a match to data entered in form fields, a match to a pre-populated value, and/or a match observed in the parameters of the URL.

**Visual Playback Link:**

https://vp.leadid.com/playback/AF8A4726-F20F-73B5-D119-3FFE98185760/1696964831.1162?key=1696964631735

CONFIDENTIAL & PROPRIETARY
INFORMATION FOR PURPOSES ONLY. DO NOT DISTRIBUTE OR FORWARD. INTENDED PARTIES ONLY. EPIC000009

Certificate of Authenticity for Web Leads           Retained

Certificate          Session Replay          Event Log          History

# Certificate of Authenticity for Web Leads



Certificate ID: b29936bcb802cff920cadec8a
763e0944eb725a4

This certificate was issued by TrustedForm.com from ActiveProspect, the independent Internet lead
certification authority. It certifies the following information about this lead:

## When did they visit?

Visit date:                                    February 11, 2025

Visit time:                                    4:21:23 AM CST

Time on page:                                  5 minutes, 26 seconds

## Where did they visit?

Page URL.:                                     https://relief.spaoa.org/

## Who visited?

Remote IP Address:                             70.118.226.2

Operating System:                                    Android 10

# What did they see?

Trustedform captures a copy of the web page viewed by the visitor
and the user events that took place on the page including form inputs,
mouse movements and clicks. It plays these events back as a session          View Session Replay
replay of how the user interacted with the page.

# Consent Language Detected

By clicking "Click To See Your Results" I give my electronic signature agreeing to the          ▲
Terms, including my agreement to Arbitration of any disputes, and the Privacy Policy,          ▼
and I expressly consent to be contacted via telephone using an automated telephone

Show More

© Copyright 2010-2024 ActiveProspect, Inc. All rights reserved.

Certificate of Authenticity for Web Leads

 Retained

Certificate          Session Replay          Event Log          History

# Event Log

Certificate ID: b29936bcb802cff920cadec8a763e0944eb725a4

Showing **142** Events

| Date/Timestamp ▼ | Event |
| --- | --- |
| 2025/02/11 04:26:48 | resized the window |
| 2025/02/11 04:26:48 | resized the window |
| 2025/02/11 04:26:48 | submitted form |
| 2025/02/11 04:26:48 | clicked on [Click To See Your Results  <i class="far fa-arrow-alt-circle-right"></i>] |
| 2025/02/11 04:26:48 | submitted form |
| 2025/02/11 04:26:38 | changed value to '(641) 347-2682' in [phone] |
| 2025/02/11 04:26:36 | changed value to '(641) 347-268' in [phone] |
| 2025/02/11 04:26:36 | changed value to '(641) 347-26' in [phone] |
| 2025/02/11 04:26:33 | changed value to '(641) 347-2' in [phone] |
| 2025/02/11 04:26:31 | changed value to '(641) 347' in [phone] |
| 2025/02/11 04:26:30 | changed value to '(641) 34' in [phone] |
| 2025/02/11 04:26:29 | changed value to '(641) 3' in [phone] |
| 2025/02/11 04:26:23 | changed value to '(641' in [phone] |
| 2025/02/11 04:26:22 | changed value to '(64' in [phone] |
| 2025/02/11 04:26:22 | changed value to '(6' in [phone] |
| 2025/02/11 04:26:15 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:15 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:15 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |

| | |
|---|---|
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:14 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:13 | typed 'Backspace' in [phone] |
| 2025/02/11 04:26:01 | typed 'Backspace' in [phone] |
| 2025/02/11 04:25:52 | changed value to '(641) -3472' in [phone] |
| 2025/02/11 04:25:36 | changed value to '(641) -347' in [phone] |
| 2025/02/11 04:25:36 | changed value to '(' in [phone] |
| 2025/02/11 04:25:35 | changed value to '(641' in [phone] |
| 2025/02/11 04:25:34 | changed value to '(64' in [phone] |
| 2025/02/11 04:25:33 | changed value to '(6' in [phone] |
| 2025/02/11 04:25:32 | typed 'Backspace' in [phone] |
| 2025/02/11 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 04:25:31 | typed 'Backspace' in [phone] |
| 2025/02/11 04:25:30 | typed 'Backspace' in [phone] |
| 2025/02/11 04:25:21 | changed value to '(347' in [phone] |
| 2025/02/11 04:25:21 | changed value to '(34' in [phone] |
| 2025/02/11 04:25:20 | changed value to '(3' in [phone] |
| 2025/02/11 04:25:15 | resized the window |
| 2025/02/11 04:25:15 | clicked on [phone] |
| 2025/02/11 04:25:07 | resized the window |
| 2025/02/11 04:25:07 | resized the window |
| 2025/02/11 04:25:07 | submitted form |
| 2025/02/11 04:25:07 | clicked on [Click To See Your Results  <i class="far fa-arrow-alt-circle-right"></i>] |

| 2025/02/11 04:24:58 | changed value to '' in [phone] |
| 2025/02/11 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 04:24:57 | typed 'Backspace' in [phone] |
| 2025/02/11 04:24:48 | changed value to '(641) -3472' in [phone] |
| 2025/02/11 04:24:39 | resized the window |
| 2025/02/11 04:24:38 | clicked on [phone] |
| 2025/02/11 04:24:34 | resized the window |
| 2025/02/11 04:24:34 | opted in on [iagree] |
| 2025/02/11 04:24:34 | submitted form |
| 2025/02/11 04:24:22 | typed 'Backspace' in [phone] |
| 2025/02/11 04:24:04 | changed value to '(641) -3472' in [phone] |
| 2025/02/11 04:23:49 | typed 'Backspace' in [phone] |
| 2025/02/11 04:23:35 | changed value to '(641) -3472' in [phone] |
| 2025/02/11 04:23:08 | changed value to '(641) -347' in [phone] |
| 2025/02/11 04:23:06 | changed value to '(641' in [phone] |
| 2025/02/11 04:23:04 | changed value to '(64' in [phone] |
| 2025/02/11 04:23:03 | changed value to '(6' in [phone] |
| 2025/02/11 04:22:55 | changed value to '' in [phone] |
| 2025/02/11 04:22:55 | typed 'Backspace' in [phone] |
| 2025/02/11 04:22:55 | typed 'Backspace' in [phone] |
| 2025/02/11 04:22:55 | typed 'Backspace' in [phone] |
| 2025/02/11 04:22:55 | typed 'Backspace' in [phone] |
| 2025/02/11 04:22:55 | typed 'Backspace' in [phone] |
| 2025/02/11 04:22:55 | typed 'Backspace' in [phone] |
| 2025/02/11 04:22:55 | typed 'Backspace' in [phone] |
| 2025/02/11 04:22:54 | typed 'Backspace' in [phone] |
| 2025/02/11 04:22:54 | typed 'Backspace' in [phone] |
| 2025/02/11 04:22:54 | started typing in [phone] |
| 2025/02/11 04:22:49 | resized the window |
| 2025/02/11 04:22:49 | clicked on [phone] |
| 2025/02/11 04:22:46 | resized the window |
| 2025/02/11 04:22:29 | changed value to 'Jrblubaugh@gmail.com' in [email] |
| 2025/02/11 04:22:29 | changed value to '816-466-4350' in [phone] |
| 2025/02/11 04:22:29 | chose [m] from radio buttons [gender] |
| 2025/02/11 04:22:29 | changed value to '09-15-1957' in [dob] |
| 2025/02/11 04:22:29 | changed value to '64055' in [zip] |

| | |
|---|---|
| 2025/02/11 04:22:29 | changed value to 'Jeff' in [first] |
| 2025/02/11 04:22:25 | clicked on [email_check_btn] |
| 2025/02/11 04:22:25 | submitted form |
| 2025/02/11 04:22:23 | resized the window |
| 2025/02/11 04:22:22 | resized the window |
| 2025/02/11 04:22:22 | changed value to 'jrblubaugh@gmail.com' in [email_check] |
| 2025/02/11 04:22:22 | started typing in [email_check] |
| 2025/02/11 04:22:19 | resized the window |
| 2025/02/11 04:22:19 | resized the window |
| 2025/02/11 04:22:19 | clicked on [email_check] |
| 2025/02/11 04:22:10 | chose [education:some_college] from radio buttons [pre_reg_user_attributes[education_level]] |
| 2025/02/11 04:22:10 | clicked on [unnamed label] |
| 2025/02/11 04:21:56 | chose [marital_status:divorced] from radio buttons [pre_reg_user_attributes[marital_status]] |
| 2025/02/11 04:21:56 | clicked on [unnamed label] |
| 2025/02/11 04:21:49 | chose [unemployed] from radio buttons [pre_reg_user_attributes[employment_status]] |
| 2025/02/11 04:21:49 | clicked on [unnamed label] |
| 2025/02/11 04:21:45 | resized the window |
| 2025/02/11 04:21:34 | clicked on [pre_reg_user_attributes[housing_status]] |
| 2025/02/11 04:21:23 | certificate created |

© Copyright 2010-2024 ActiveProspect, Inc. All rights reserved.

## Certificate of Authenticity for Web Leads

 Retained

Certificate    Session Replay    Event Log    History

# History

Certificate ID: b29936bcb802cff920cadec8a763e0944eb725a4

February 11, 2025, 4:27:59 AM CST

| | |
|---|---|
| Age: | 1 minute, 10 seconds |
| Reference: | 1739269679 |
| Vendor: | Acme Co. |
| Share URL: | https://cert.trustedform.com/b29936bck    Copy Link |

© Copyright 2010-2024 ActiveProspect, Inc. All rights reserved.

# REQUEST FOR PTC

**Phone: (641) 347-2682**

<u>Form/Transfer Data</u>

 **jeff blubaugh**
6413472682
Posted
jrblubaugh@gmail.com
♀ Show Map

+ Add Tag

| Summary | Details | Touchpoints | Comments | ✉ | 📢 | 📠 | 📱 | 👤 | 🏢 | 💼 |

## Key Fields

| | |
|---|---|
| First Name | jeff |
| Last Name | blubaugh |
| Medicaid | State Assistance | |
| Date of Birth | 09-15-1957 |
| Appointment Date | |
| Appointment Time | |
| Lead Number | LEA18917411 |
| Round Robin Policy | |
| Street | 9601 e us highway 40. |
| City | Independence |
| State | MO |
| Postal Code | 64055 ✏ |
| IP Address | 2600:100a:b032:8984:0:1e:d7e5:d301 |
| External Lead ID | |
| Lead From Created Time | 2024-09-10 01:21:37 |
| Jornaya LeadiD | DF22026D-A494-20C0-80FD-6CCB781E765A |
| CMG Campaign ID | zot-mapd-var1 |
| CMG Camp-Sub ID | 5c2017be5523bd9bcc83785d9de7414d |

# **REQUEST FOR PTC**

Creative Opt-in



Sponsored Ad

## Are You Covered by Medicare?

Discover if You Qualify for Additional Benefits Today!

By clicking "Yes", I provide my express written consent via this web form to initiate a chat interaction for a licensed sales agent associated with Innovative Financial Group to contact me at (555) 555-5555 , even if the phone number provided is on the National Do Not Call registry, regarding products or services, including Medicare Supplement, Medicare Advantage, Prescription Drug Insurance plans, and other health-related services. I consent to being contacted via a live automated dialing system, telephone call or email. I understand this request has been initiated by me and that this is an unscheduled contact request where I am requesting information immediately. I understand my telephone company may impose charges on me for these contacts and am not required to enter into this agreement as a condition of any purchase or service. I further understand that this request, initiated by me, is my affirmative consent to be contacted, which is in compliance with all federal and state telemarketing and Do-Not-Call laws. I acknowledge that I am not providing specific health information through this form. Licensed Sales Agents are not connected with or endorsed by the U.S. government or the federal Medicare program. I agree to the Privacy Policy and Terms and Conditions. Please note this is a solicitation for insurance. There is no obligation to enroll. Participating sales agencies represent Medicare Advantage, HMO, PPO, and PFFS organizations and stand-alone PDP prescription drug plans that are contracted with Medicare. Enrollment depends on the plan's contract renewal. Enrollment in the described plan type may be limited to certain times of the year unless you qualify for Special Enrollment Period.

YES

NO

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

|  |  |
|---|---|
| JEFFREY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>EVERYTHING HEALTH INVESTMENTS, LLC,<br><br>    Defendant. | Case No: 4:25-cv-00527 |

## <u>DEFENDANT'S NOTICE OF FILING EXHIBIT</u>

Exhibit B to <u>Defendant's Combined Motion for Summary Judgment and Suggestions in</u>

<u>Support or, in the Alternative, Motion to Strike Class Allegations.</u>
(title of document)

I certify that within 24 hours of filing of this Notice, I will file and serve a flash drive of

the exhibits with the Clerk's Office via US Mail.

Respectfully submitted,

**HINSHAW & CULBERTSON, LLP**

By: */s/ James M. Brodzik*
James M. Brodzik, #66700
Joshua C. Hinkle, #72845
701 Market Street, Suite 260
St. Louis, MO 63101
P: 314-241-2600, F: 314-241-7428
jbrodzik@hinshawlaw.com
jhinkle@hinshawlaw.com

Attorneys for Defendant
EVERYTHING HEALTH INVESTMENTS,
LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices, on this 18th day of March, 2026.

*/s /James M. Brodzik*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| JEFFREY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>EVERYTHING HEALTH INVESTMENTS, LLC,<br><br>        Defendant. | Case No: 4:25-cv-00527 |

## DEFENDANT'S NOTICE OF FILING EXHIBIT

Exhibit C to Defendant's Combined Motion for Summary Judgment and Suggestions in Support or, in the Alternative, Motion to Strike Class Allegations.

(title of document)

I certify that within 24 hours of filing of this Notice, I will file and serve a flash drive of the exhibits with the Clerk's Office via US Mail.

Respectfully submitted,

**HINSHAW & CULBERTSON, LLP**

By: _/s/ James M. Brodzik_
James M. Brodzik, #66700
Joshua C. Hinkle, #72845
701 Market Street, Suite 260
St. Louis, MO 63101
P: 314-241-2600, F: 314-241-7428
jbrodzik@hinshawlaw.com
jhinkle@hinshawlaw.com

Attorneys for Defendant
EVERYTHING HEALTH INVESTMENTS, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices, on this 18th day of March, 2026.

*/s /James M. Brodzik*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

JEFFREY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,

        Plaintiffs,

vs.

EVERYTHING HEALTH INVESTMENTS, LLC,

        Defendant.

Case No: 4:25-cv-00527

## <u>DEFENDANT'S NOTICE OF FILING EXHIBIT</u>

Exhibit D to <u>Defendant's Combined Motion for Summary Judgment and Suggestions in Support or, in the Alternative, Motion to Strike Class Allegations.</u>
(title of document)

I certify that within 24 hours of filing of this Notice, I will file and serve a flash drive of the exhibits with the Clerk's Office via US Mail.

Respectfully submitted,

**HINSHAW & CULBERTSON, LLP**

By: <u>*/s/ James M. Brodzik*</u>
James M. Brodzik, #66700
Joshua C. Hinkle, #72845
701 Market Street, Suite 260
St. Louis, MO 63101
P: 314-241-2600, F: 314-241-7428
jbrodzik@hinshawlaw.com
jhinkle@hinshawlaw.com

Attorneys for Defendant
EVERYTHING HEALTH INVESTMENTS, LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices, on this 18th day of March, 2026.

*/s /James M. Brodzik*