Hinshaw & Culbertson, LLP
701 Market Street, Ste. 260
St. Louis, MO 63101-1824



quadient
PRIORITY MAIL
IMI
**$010.80** ⁰
03/18/2026 ZIP 63101
044K33238283
US POSTAGE

# FIRST CLASS MAIL

RECEIVED
2026 MAR 24  AM 11: 03
CLERK U.S. DIST. COURT
WEST DIST OF MO
KANSAS CITY, MO

U. S. Western District of Missouri - Clerk
Charles Evans Whittaker U.S. Courthouse
400 E. 9th Street, Room 1510
Kansas City, MO 64106