## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| JEFFERY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 4:25-cv-00527-FJG |
| Plaintiff, | Hon. Fernando J. Gaitan, Jr. |
| v. | |
| EVERYTHING HEALTH INVESTMENTS, LLC, | |
| Defendant. | |

## DECLARATION OF JEFFERY BLUBAUGH IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Jeffery Blubaugh, hereby declare as follows:

1.     I am the Plaintiff in the above-captioned action. I am over the age of eighteen and competent to testify to the matters set forth herein. I make this declaration based on my personal knowledge.

**Employment and Financial Background**

2.     I have not been employed in a traditional, full-time capacity for approximately ten to twelve years.

3.     During the past two years, I have worked occasional jobs and earned approximately $2,000 from that work.

## Health Insurance Status

4. I currently receive health insurance coverage through Medicare supplemented by Medicaid, administered by UnitedHealthcare. I pay nothing for this coverage.

5. Because my health insurance is provided to me at no cost through government programs, I have no need to shop for, compare, or purchase any health insurance, Medicare supplement, or Medicare Advantage plan. I have no reason to seek out quotes or information from any insurance company or insurance marketing service.

## Denial of Alleged Online Lead Submissions

6. I did not visit, submit any information on, or otherwise interact with the website onlygreatjobs.com, including on or around October 10, 2023, or at any other time.

7. I did not visit, submit any information on, or otherwise interact with the website higherincomejobs.com, including on or around March 24, 2024, or at any other time.

8. I did not visit, submit any information on, or otherwise interact with the website relief.spaoa.org, including on or around February 11, 2025, or at any other time.

9. I did not click on, respond to, or submit any information through any Medicare-related advertisement or website associated with Innovative Financial Group, including on or around September 10, 2024, or at any other time.

10. I did not authorize any other person, company, software, or service to submit my personal information on my behalf to request insurance quotes, Medicare information, or calls from insurance marketers.

11. I have never visited any website that offers Medicare quotes, health insurance quotes, or similar insurance-related services through multi-company "marketing partner" forms. I have never filled out any such form.

12. I have never initiated a request for any insurance company, marketing company, or any other entity to contact me regarding health insurance, Medicare, or any insurance-related product or service through any online form, website, or advertisement.

13. Given my financial circumstances and the fact that I already receive comprehensive health coverage at no cost through Medicare and Medicaid, I had no reason to seek out insurance quotes or submit my personal information on any insurance-related website.

14. I did not provide prior express consent—written or otherwise—to Defendant or to any entity acting on Defendant's behalf to contact me by telephone for marketing or advertising purposes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 25, 2026, at Independence, Missouri.

_____
Jeffery Blubaugh