**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| JEFFREY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>EVERYTHING HEALTH INVESTMENTS, LLC,<br><br>    Defendant. | Case No: 4:25-cv-00527 |

## DEFENDANT'S UNOPPOSED MOTION FOR THIRD EXTENSION OF TIME TO FILE REPLY SUGGESTIONS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE MOTION TO STRIKE CLASS ALLEGATIONS

COMES NOW, Defendant Everything Health Investments, LLC ("Defendant"), and for its Unopposed Motion for Third Extension of Time to File Reply Suggestions in Support of Motion for Summary Judgment, or in the Alternative, Motion to Strike Class Allegations, states as follows:

1.    On February 12, 2026, in response to the parties' discovery dispute, the Court ordered Defendant to file a dispositive motion on or before March 11, 2026.

2.    Defendant requested an additional seven days to file the motion, which was granted by the Court on March 11, 2026.

3.    In the Court's March 11, 2026 order, the Court provided a briefing schedule in which a dispositive motion would be due on March 18, 2026, suggestions in opposition would be due by March 25, 2026, and reply suggestions would be due by April 1, 2026.

4.    Defendant's Motion for Summary Judgment, or in the Alternative, Motion to Strike Class Allegations was filed on March 18, 2026.

1

99224\329196807.v1

5. On March 25, 2026, Plaintiff filed a Motion for Leave to File Excess Pages and for Extension of Time. The Court granted Plaintiff's motion on April 1, 2026.

6. Plaintiff filed his Suggestions in Opposition to the Motion for Summary Judgment, or in the alternative, Motion to Strike Class Allegations, on April 2, 2026.

7. On April 3, 2026, Defendant filed a Motion for Extension of Time to File Reply Suggestions.

8. The Court granted this Motion on April 3, 2026, ordering that the reply suggestions be filed by April 16, 2026.

9. On April 15, 2026, Defendant filed a Motion for Second Extension of Time to File Reply Suggestions.

10. The Court granted this Motion on April 15, 2026, ordering that the reply suggestions be filed by April 21, 2026

11. Defendant now seeks an order from the Court extending Defendant's deadline to file reply suggestions in support of its motion until April 28, 2026. Defendant requests this additional extension due to Defendant's counsel's wife and infant being sick and having attended four doctor's visits in the past week, with limited ability to work. Defendant has previously advised the Court that Defendant's counsel has been out of the office due to the illness of his wife and infant, and anticipates being additionally out of the office with limited ability to work due to said ongoing illness.

12. Counsel for Defendant has spoken with counsel for Plaintiff and he has no opposition to the granting of this extension.

13. This motion is not brought for any improper purpose and granting this motion will not prejudice any party, nor will it delay this matter.

2

99224\329196807.v1

WHEREFORE, Defendant Everything Health Investments, LLC respectfully requests this Court enter an order granting it an extension of time, up to and including April 28, 2026, to file its reply suggestions in support, and any such further relief this Court deems just and proper.

Respectfully submitted,

**HINSHAW & CULBERTSON, LLP**

By: */s/ James M. Brodzik*
James M. Brodzik, #66700
Joshua C. Hinkle, #72845
701 Market Street, Suite 260
St. Louis, MO 63101
P: 314-241-2600
F: 314-241-7428
jbrodzik@hinshawlaw.com
jhinkle@hinshawlaw.com

Attorneys for Defendant
EVERYTHING HEALTH INVESTMENTS,
LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed and served electronically via the Court's ECF system on all parties receiving ECF notices, on this 21st day of April, 2026.

*/s /James M. Brodzik*

3

99224\329196807.v1